```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :

        - v. -                   :

TREVOR MILTON,                   :

              Defendant.         :
- - - - - - - - - - - - - - - - x
```

**JUDGE RAMOS**

**21 CRIM 478**

ORDER

21 Cr. ___ (___)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Jordan Estes, Matthew Podolsky, and Nicolas Roos;

It is found that the Indictment in the above-captioned action, 21 Cr. ___, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed upon the arrest or surrender of the defendant, it is therefore

ORDERED that the Indictment, 21 Cr. ___, in the above-captioned action be unsealed upon the arrest or surrender of the defendant, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated: New York, New York
July 28, 2021

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE