

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 29, 2021

BY EMAIL

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. Trevor Milton*, 21 Cr. 478**

Dear Judge Netburn:

    The defendant in the above-captioned matter surrendered this morning. The Indictment was thus unsealed pursuant to the Court's order of July 28, 2021. We respectfully request that this case be wheeled out to a District Judge in Wheel C.

                          Very truly yours,

                          AUDREY STRAUSS
                          United States Attorney

          by: _____
                Jordan Estes/Matthew Podolsky/Nicolas Roos
                Assistant United States Attorney
                (212) 637-2543