AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ )
Plaintiff )
v. ) Case No. 21 CR 478
_____ )
Defendant )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Milton

Date: 7-29-21

_____
*Attorney's signature*

MARC MUKASEY
*Printed name and bar number*

Mukasey Frenchman                    140 E 45th
                                      NY NY
*Address*

MARC.MUKASEY@MukaseyLaw.com
*E-mail address*

347 527 3940
*Telephone number*

_____
*FAX number*