AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

USA, Plaintiff
v.
Trevor Milton, Defendant

Case No. 21 CRIM 478

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trevor Milton

Date: 7/29/21

Attorney's signature: Bradley J. Bondi

Printed name and bar number: Bradley J. Bondi

Address: 32 Old Slip NY, NY 10005

E-mail address: BBondi@cahill.com

Telephone number: 212-701-3710

FAX number: