

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 17, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Trevor Milton,* 21 Cr. 478 (ER)

Dear Judge Ramos:

    The Government respectfully requests, with consent of the defendant through his attorneys, that the attached proposed protective order be entered in the above-captioned matter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:   s/ Matthew Podolsky
    Jordan Estes
    Matthew Podolsky
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2543/1947/2421

Attachment

cc:    Counsel of Record (by ECF)