**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

UNITED STATES OF AMERICA,         :

                                           :         Case No. 21-cr-478

        - against -                :

                                           :         **NOTICE OF MOTION FOR LEAVE TO**

TREVOR MILTON,                      :         **FILE UNDER SEAL**

                                           :

                Defendant.             :
-------------------------------------------------------x

        Defendant Trevor Milton, through counsel, respectfully moves the Court for leave to file under seal two declarations in further support of his Motion to Dismiss Indictment or, in the Alternative, to Transfer Venue [Doc. 11]. The declarations at issue involve the personal medical information of his wife, Chelsey Milton, a non-party to this case.

        A memorandum of law in support of this request is filed herewith. The two proposed declarations will be submitted to the Court's chambers and to counsel for the government.

        The government has indicated it does not object to the declarations being filed under seal.

        WHEREFORE, Defendant respectfully asks that the Court grant him leave to file two declarations in this matter under seal.

> The request is granted. The Clerk of Court is respectfully directed to terminate the motions. Doc. 20 and 23.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 9/10/2021
> New York, New York

Dated:  September 8, 2021                                     Respectfully submitted,

/s/
_____
Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
1990 K Street, NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 1002
(212) 466-6400
Marc.Mukasey@mfsllp.com

Terence Healy
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4676
terence.healy@hugheshubbard.com

*Counsel for Trevor Milton*