

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: +1 (202) 721-4600
Fax: +1 (202) 721-4646
hugheshubbard.com

Terence Healy
Partner
Direct Dial: +1 (202) 721-4676
terence.healy@hugheshubbard.com

**MEMO ENDORSED**                           September 10, 2021

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *United States v. Trevor Milton*
     <u>Case No. 1:21-cr-478</u>

Dear Judge Ramos:

  We represent Defendant Trevor Milton in the above-referenced matter. On September 8, 2021, my firm mistakenly filed four documents related to a different case on the Court's ECF system. Those filings are currently on the Court's docket in this case as ECF Nos. 18, 19, 20, and 21.

  Given that the errantly filed documents relate to a different proceeding, we respectfully seek to have them stricken or removed from the docket in this case.

  Wherefore, we respectfully ask for the Court to direct the Clerk of the Court to remove or strike the filings at <u>ECF Nos. 18-21</u> from the docket in this case.

Respectfully submitted,

/s/

Terence Healy

---

The request is granted. The Clerk of Court is respectfully requested to strike Docs. 18, 19, 20, and 21.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 09/13/2021
New York, New York