```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __9/13/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

TREVOR MILTON,

                      Defendant.
-------------------------------------------------------x

**SCHEDULING NOTICE**

21 Cr. 478 (ER)

        Oral Argument scheduled for **September 15, 2021 at 10:00 a.m.** will be held at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.  The public and the press may access the conference remotely by dialing (877) 411-9748 and entering access code 3029857# when prompted.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated:  September 13, 2021
        New York, New York

                                                        s/ Jazmin Rivera_____
                                                      Jazmin Rivera, Courtroom Deputy