```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :   Case No. 21-cr-478
            - against -                                :
                                                       :
TREVOR MILTON,                                         :
                                                       :
                        Defendant.                     :
-------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 29 2021

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Trevor Milton, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's November 15, 2021 Opinion and Order (Dkt. No. 32) denying his Motion to Dismiss the Indictment (Dkt. No. 11) for improper venue under Article III of, and the Sixth Amendment to, the Constitution of the United States and applicable statutes. *See United States v. Bescond*, 7 F.4th 127, 134 (2d Cir. 2021) (applying the collateral order doctrine).

Dated: November 29, 2021

Respectfully submitted,

*[signature]*

Bradley J. Bondi (BB7497)
CAHILL GORDON & REINDEL LLP
1990 K Street, NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 1002
(212) 466-6400
Marc.Mukasey@mfsllp.com

Terence Healy (TH7854)
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4676
terence.healy@hugheshubbard.com

*Counsel for Trevor Milton*

## CERTIFICATE OF SERVICE

I, BRADLEY J. BONDI, hereby certify that on November 29, 2021, I caused a true and correct copy of Mr. Milton's Notice of Appeal to be served by electronic mail upon:

Jordan Estes
Email: JEstes@usa.doj.gov
Matthew Podolsky
Email: MPodolsky@usa.doj.gov
Nicholas Roos
Email: NRoos@usa.doj.gov
Assistant United States Attorneys
U.S. Attorney's Office
Southern District of New York
One Saint Andrews Plaza
New York, N.Y. 10007

Bradley J. Bondi