

# COVID Data Tracker

---

**United States at a Glance**                                                                 Collapse  —

**United States**
At a Glance

**Cases** Total    **47,352,367**

Last 30 Days

**Deaths** Total    **764,473**

Last 30 Days

**79.8% of People 12+ with At Least**

One Vaccination

**Community Transmission**    High

---



|  | Data Tracker Home |
|--|--|
|  | COVID Data Tracker Weekly Review |
|  | Your Community                  + |
|  | Health Equity Data |
|  | Pediatric Data |
|  | Pregnancy Data |
|  | Vaccination Delivery and Coverage    + |
|  | Vaccine Effectiveness and Breakthrough Surveillance    + |
|  | Cases, Deaths, and Testing    — |

**Cases, Deaths, and Testing**

Daily and Total Trends

Compare Trends Across States and Regions

Global Counts and Rates

Global Percent Change

Global Trends

## United States COVID-19 Cases, Deaths, and La[...] Testing (NAATs) by State, Territory, and Jurisd[...]

Maps, charts, and data provided by CDC, updated Mon-Sat by 8 pm ET[†]

View Footnotes and Download Data

UNITED STATES LEVEL OF COMMUNITY TRANSMISSION
**High**

7 DAY CASE RATE PER 100,000
**186.6**

7 DAY PERCE[...]
**6.0**

CDC | Data as of: November 18, 2021 5:37 PM ET. Posted: Novembe[...]

**View:**
- ◉ Level of Community Transmission
- ○ Cases
- ○ Deaths
- ○ Tests Performed
- ○ Percent Positive

Level of Community Transmission is based on the number of cases in the last 7 days per[...] population and the number of tests in the last 7 days that have a positive result

**Level of Community Transmission of COVID-19, by State/Territory**

Cited in US v. Million 21Cr478 Decided 11/15/21 Archived as of 11/19/21 This document is protected by copyright. For further reproduction is prohibited without permission.

CDC COVID Data Tracker



- Demographic Trends ＋
- Health Care Settings ＋
- Variants and Genomic Surveillance ＋
- Antibody Seroprevalence ＋
- People at Increased Risk ＋
- Multisystem Inflammatory Syndrome in Children (MIS-C)
- Prevention Measures and Social Impact ＋
- Additional COVID-related Data ＋
- Communications Resources
- COVID-19 Home



✉ Get Email Updates

Sign up to receive the COVID Data Tracker Weekly Review.

Email Address:

Email Address

[What's this?]     Submit



Cited in US v Milton 21Cr478 Decided 11/15/21

Archived on 11/19/21

This document is protected by copyright. Further reproduction is Prohibited without permission

**Territories**

| AS | FSM | | MP | PW | RMI | VI |

**Level of Community Transmission**

high · substantial · moderate · low

| Level of Community Transmission | Number of States/Territories/Jurisdictions at this Level | Percent of States/Territories/Jurisdictions at this Level |
|---|---|---|
| High | 42 | 73.68% |
| Substantial | 10 | 17.54% |
| Moderate | 3 | 5.26% |
| Low | 2 | 3.51% |

| Indicator - If the two indicators suggest different transmission levels, the higher level is selected | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange |
|---|---|---|---|

| Indicator - If the two indicators suggest different transmission levels, the higher level is selected | Low Transmission Blue | Moderate Transmission Yellow | Substantial Transmission Orange |
|---|---|---|---|
| Total new cases per 100,000 persons in the past 7 days | 0-9.99 | 10-49.99 | 50-99.99 |
| Percentage of NAATs[1] that are positive during the past 7 days | 0-4.99% | 5-7.99% | 8-9.99% |

View Historic Case and Death Data

**Data Downloads and Footnotes**
Expand each accordion to view data table and download data

Data Table for Community Transmission

Footnotes

Cited in US v Milton 21Cr478 Decided 11/15/21 Archived on 11/19/21 This document is protected by copyright. Further reproduction is prohibited without permission.

## Wondering what all the data mean?
CDC's new COVID Data Tracker Weekly Review helps you stay up-to-date on the pandemic with weekly visualiz interpretations of key data and trends.

## How does COVID-19 Spread?
Learn more

## Information on US COVID-19 Cases Caused by Variants
Learn more here

## Do you need information on testing?
Find it here

View and Download COVID-19 Case Surveillance Publ

Geography

## HAVE QUESTIONS?

Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

## CDC INFORMATION

About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

## CONNECT WITH CDC



U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer

Cited in US v Milton
21Cr478 Decided 11/15/21
Archived on 11/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.