Menu



Search

# COVID-19: Data

Select

- COVID-19
- Treatments
- Prevention and Groups at Higher Risk
- Vaccine
- Testing
- Pregnancy
- Mental Health and Substance Use
- Data
- Information for Providers
- Reopening Businesses and Schools
- Posters and Flyers

**Latest**  Vaccines   Variants   Trends and Totals   Data by ZIP   Key Indicators

## Latest Data

**NEW:** You can now get data on COVID-19 cases, hospitalizations and deaths from the past three months by vaccination status, age and race/ethnicity. Find this data under the "Recent Trends" tab on this page.

We will update the weekly rates data every Thursday.

This page shows the latest data and key metrics on COVID-19 in New York City. We update data every day in the early afternoon.

- About the Data, Reporting Lag Time and Health Inequities.
- Download data and technical notes on Github.

| Summary | Transmission | Recent Trends | Maps | Testing |

## Summary

The table below compares the daily averages for the last seven days to the daily averages for the last 28 days.

| Measure | Daily average (last 7 days) | Daily average (last 28 days) | Trend |
|---|---|---|---|
| **Percent Positive** Percent of people tested who test positive | **See Key Indicators** | 1.97% | Stable |
| **Confirmed Cases** People with a positive molecular test | **888** | 748 | Increasing |
| **Probable Cases** People with a positive antigen test, or symptoms and confirmed exposure, or probable death | **302** | 250 | Increasing |
| **Total Cases** | **1,190** | 998 | Increasing |
| **Hospitalizations — At least*** People hospitalized within 14 days of diagnosis | **27** | 34 | Decreasing |

Cited in US v Milton 21Cr478 Decided 11/15/21
Archived on 11/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Back to the top

Expand AllCollapse All

Defining Confirmed and Probable Cases and Deaths

COVID-19 cases and deaths are categorized as probable or confirmed.

- **Confirmed Case**: Positive result from a molecular test, such as a PCR test. Unless specifically labeled as "probable cases," data on cases are for confirmed cases only.

- **Probable Case**: Defined as any of the following:
    - Positive antigen test result
    - Person has symptoms and was exposed to a confirmed case
    - Person died and their cause of death on the death certificate is COVID-19 or similar, but a positive molecular test is not on record

Learn more about these case definitions.

- **Confirmed Death**: Death following a positive molecular test.

- **Probable Death**: Cause of death on the death certificate is COVID-19 or similar, but a positive molecular test is not on record.

Learn more about these death definitions.

Types of Tests

Cases are defined differently based on the type of test used to detect COVID-19.

# Diagnostic Tests

Molecular tests, such as PCR tests, are the most reliable way to test for COVID-19. Someone who tests positive for the virus with a molecular test is classified as a confirmed case. These tests look for genetic material from the virus that causes COVID-19 (SARS-CoV-2). Unless otherwise specified, data on test counts, test rates and percent positivity only reflects molecular testing.

Antigen tests are faster than molecular tests but can be less accurate. These tests look for proteins on the surface of the SARS-CoV-2 virus. Someone who tests positive with an antigen test is classified as a probable case.

# Other Tests

Antibody tests check the blood for signs that you have had the virus in the past. An antibody test may not be accurate for someone with active or recent infection. Someone who tests positive with only an antibody test — and not a diagnostic test — is not classified as a probable or confirmed case.

- FDA: Coronavirus Disease 2019 Testing Basics

**About the Data**: All of the data on these pages were collected by the NYC Health Department. Data will be updated daily but are preliminary and subject to change.

**Reporting Lag Time**: Our data are published with a three-day lag, meaning that the most recent data in today's update are from three days before.

This lag is due to the standard delays (up to several days) in reporting to the Health Department a new test, case, hospitalization or death. Given the delay, our counts of what has happened in the most recent few days are artificially small. We delay publishing these data until more reports have come in and the data are more complete.

**Health Inequities in Data**: Differences in health outcomes among racial and ethnic groups are due to long-term structural racism, not biological or personal traits.

Structural racism — centuries of racist policies and discriminatory practices across institutions, including government agencies, and society — prevents communities of color from accessing vital resources (such as health care, housing and food) and opportunities (such as employment and education), and negatively affects overall health and well-being. The disproportionate impact of COVID-19 on New Yorkers of color highlights how these inequities negatively influence health outcomes.

Review how we are working to address inequities during this public health emergency (PDF).

## Additional Resources

- NYC Public Schools COVID-19 Data
- NYC Contact Tracing Data
- COVID-19 Zone Finder
- Age-Adjusted Rates

## More Information

- Download archived data files (March 17 to May 17).

Cited in US v Milton
21Cr478 Decided 11/15/21
Archived on 11/19/21
This document is protected by copyright.
Further reproduction is prohibited without permission.