-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | x | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-00478-ER |
| | : | |
| -against- | : | **MOTION TO COMPEL THE** |
| | : | **PRODUCTION OF *BRADY*** |
| | : | **MATERIAL** |
| TREVOR MILTON, | : | |
| | : | |
| Defendant. | : | |
| | x | |

Defendant Trevor Milton, through counsel, moves to compel the government to identify all *Brady* material contained in its voluminous production made under Federal Rule of Criminal Procedure 16, violating Mr. Milton's constitutional rights under the Fifth Amendment and this Court's order entered pursuant to Federal Rule of Criminal Procedure 5(f).

Defendant moves upon the Declaration of Bradley J. Bondi and its exhibits, and the accompanying Memorandum of Law.

Defendant respectfully requests oral argument on this matter.

Dated: December 15, 2021

Respectfully submitted,

/s/

_____

Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
1990 K Street NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
(212) 466-6400
Marc.Mukasey@mfsllp.com

Terence Healy
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20006
(202) 721-4676
terence.healy@hugheshubbard.com

*Counsel for Trevor Milton*