# EXHIBIT E

**Custodian:**

**Device:** Apple iPhone 8 (A1863)

**Application:** iMessage: +13103085705

**Active Participants:** Umran Ashraf - +13103085705; Mark Russell - +17405138545;

**Date/Time Start (MST):** 06/09/2020 10:54 AM

**Date/Time End (MST):** 06/09/2020 02:10 PM

| Time (MST) | From | Message Body | Deleted |
|---|---|---|---|
| 10:54:20 | Umran Ashraf - +13103085705 | Hi Mark , please let Trevor know everything on Alpha Pack is Nikola Property (minus the module).  Its his team's work.  His words were quite harsh during meeting today where Nikola EE & Controls team (Varoujan) could be offended.  Significant part of the pack was done by Nikola for Nikola.  Romeo is just building the packs for us. | |
| 10:55:37 | Umran Ashraf - +13103085705 | They are in LA commissioning our pack. | |
| 13:55:58 | Umran Ashraf - +13103085705 | Had a great call with your ex-colleague Joe and TPI today.  I will try to bring a proposal in front of you 3-4 weeks from now, as how a potential engagement could work with them on a composite Nikola 2 Cab. | |
| 14:04:08 | Mark Russell - +17405138545 | Sounds great, Umran. | |
| 14:05:05 | Umran Ashraf - +13103085705 | Liked "Sounds great, Umran.  " | |
| 14:06:49 | Mark Russell - +17405138545 | Point taken re the call this morning. | |
| 14:07:33 | Umran Ashraf - +13103085705 | Thanks Mark.  We are trying best to get the 5 truck deliveries this summer. | |
| 14:09:03 | Mark Russell - +17405138545 | I'm so grateful for your extraordinary work, and the broader team is doing to make that happen. | |
| 14:10:00 | Umran Ashraf - +13103085705 | We really appreciate your leadership qualities that motivates us to overachieve daily the best we can. | |