UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| | x | |
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-00478-ER |
| | : | |
| -against- | : | **MOTION FOR EVIDENTIARY HEARING** |
| | : | **CONCERNING DEFICIENCIES IN THE** |
| | : | **GOVERNMENT'S FILTER** |
| TREVOR MILTON, | : | **TEAM PROTOCOL** |
| | : | |
| Defendant. | : | |
| | x | |

_____

Defendant Trevor Milton, through counsel, moves this Court, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, to grant an evidentiary hearing to determine whether deficiencies in the filter team protocol used by the government to review and segregate privileged documents warrant the modification of the filter team protocol, the suppression of evidence, or some other appropriate remedy.

Defendant moves upon the Declaration of Robert S. Frenchman and its exhibits, and the accompanying Memorandum of Law.

Defendant respectfully requests oral argument on this matter.

-1-

Dated:  December 15, 2021

Respectfully submitted,

/s/

_____

Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
1990 K Street NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
(212) 466-6400
Marc.Mukasey@mfsllp.com

Terence Healy
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20006
(202) 721-4676
terence.healy@hugheshubbard.com

*Counsel for Trevor Milton*