

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_1/18/2022\_\_

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2022

<u>**BY ECF**</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Trevor Milton,* **21 Cr. 478 (ER)**

Dear Judge Ramos:

  The Government respectfully writes to request permission to file a single oversized response to the defendant's 10 motions, the briefs of which total 159 pages. The Government requests permission to file a single brief that is 75 pages or less. Defense counsel has no objection to this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

The application is  X   granted
          \_\_\_ denied

*/s/ Edgardo Ramos/*
Edgardo Ramos, U.S.D.J
Dated: \_\_1/18/2022\_\_
New York, New York

By: *s/ Jordan Estes*
   Jordan Estes
   Matthew Podolsky
   Nicolas Roos
   Assistant United States Attorneys
   (212) 637-2543/1947/2421

cc: Counsel of Record (by ECF)