

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

February 17, 2022

VIA ECF

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Trevor Milton* (1:21-cr-00478-ER)

Dear Judge Ramos:

This letter-motion is respectfully submitted to request a status conference in the above-captioned case. The parties can be available in whatever form suits the Court – in person, by phone, or by video.

We have conferred with the government, and they consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marc L. Mukasey
Marc L. Mukasey
*Counsel for Defendant*
*Trevor Milton*

SO ORDERED:

_____

cc:     Counsel of Record (via ECF)