UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

TREVOR MILTON,

Defendant.

**ORDER**

21 Crim. 478 (ER)

RAMOS, D.J.:

On March 11, 2022, Milton filed a letter in which he presented arguments that the Court may properly schedule a trial date in this matter despite the existence of a pending interlocutory appeal challenging this Court's denial of a motion to dismiss for improper venue.  Doc. 96.  Milton requested that the Court set a trial date of April 25, 2022.  The Government responded, arguing that the Court is in fact divested of jurisdiction to schedule a trial date due to the pending appeal in which Milton argues that venue is improper.  Doc. 97.  The Government requested a trial date of July 18, 2022.

At this time, the Court finds that it does not have authority to set a definitive trial date while the interlocutory appeal is pending.  Further, the Court is unable to secure a trial date of April 25, 2022 in light of the current scheduling protocols.  However, the Court will tentatively hold July 18, 2022 as a trial date so that trial may be scheduled at that time in the event that the interlocutory appeal is resolved.

SO ORDERED.

Dated:   March 16, 2022
         New York, New York

Edgardo Ramos, U.S.D.J.