**MANDATE**

1:21-cr-00478-ER-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 18 2022

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-two.

United States of America,

    Appellee,

v.

Trevor Milton,

    Defendant - Appellant.

**ORDER**

Docket No. 21-2937

Appellant moves to voluntarily dismiss the appeal without prejudice.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is dismissed without prejudice to Appellant filing a new appeal following a final judgment. The Government's motion to dismiss is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/18/2022