USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __6/2/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>TREVOR MILTON,<br><br>                                        Defendants. | **ORDER**<br><br>21-cr-478 (ER) |

Ramos, D.J.:

    The Clerk's Office has notified the Court that jury selection in this case will proceed on July 18, 2022. Accordingly, the trial will commence on Monday, <u>July 18, 2022 at 9:30 a.m.</u> A final pretrial conference will be held on <u>Thursday, July 14, 2022 at 3:30 p.m.</u> The pretrial schedule submitted by the parties remains unchanged. See doc. 101.

    It is SO ORDERED.

Dated:  June 2, 2022
         New York, New York

                                                            Edgardo Ramos, U.S.D.J.