UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>TREVOR MILTON,<br><br>                    Defendant. | No. 21-cr-478 (ER) |

## MOTION FOR PERMISSION TO BRING
## ELECTRONIC DEVICES INTO COURTROOM DURING TRIAL

Pursuant to the District's Courthouse Security Policies, including the Court's February 27, 2014 Standing Order (M10-468), the undersigned counsel for defendant Trevor Milton ("Defendant") respectfully moves for permission to bring computers and other electronic devices into the courtroom, and to access the Courthouse's Wi-Fi network for purposes of pre-trial conferences and trial. Specifically, defense counsel requests permission to bring those items identified in their Application, appended to this Motion.

This Motion is supported by good cause in that each of the identified devices is necessary to aid counsel in the presentation of evidence, examination of witnesses, and other aspects of trial in this matter.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court permit the undersigned counsel and their support personnel to bring the identified electronic devices into the courtroom, and to gain access to the Courthouse's Wi-fi during pre-trial conferences and trial.

Dated:  New York, New York            Respectfully submitted,
        June 13, 2022

                                       MUKASEY FRENCHMAN LLP

                                       By:   /s/ Marc L. Mukasey

        Marc L. Mukasey
        Robert Frenchman
        Torrey K. Young
        570 Lexington Avenue, Suite 3500
        New York, New York 10022
        (212) 466-6400


        CAHILL GORDON & REINDEL LLP

By:   /s/ Bradley J. Bondi
        Bradley J. Bondi
        32 Old Slip
        New York, New York 10005
        (212) 701-3000

        *Counsel for Defendant Trevor Milton*