UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | x<br>: Case No. 1:21-cr-00478-ER<br>: |
| v. | : **DECLARATION OF BRADLEY J.**<br>: **BONDI ACCOMPANYING**<br>: **DEFENDANT'S MOTION *IN*** |
| TREVOR MILTON, | : ***LIMINE* TO EXCLUDE THE**<br>: **TESTIMONY OF DINA MAYZLIN** |
| Defendant. | : **OR, IN THE ALTERNATIVE, FOR A**<br> x ***DAUBERT* HEARING** |

BRADLEY J. BONDI hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the Bar of this Court, a partner in the firm Cahill Gordon & Reindel LLP, and counsel for Trevor Milton in the above-captioned action.  I submit this declaration upon my personal knowledge in support of Defendant's Motion *in Limine*.

2. Attached as Exhibit A is a true and correct copy of a June 6, 2022 letter from Damian Williams to Marc L. Mukasey and Bradley J. Bondi regarding *United States v. Trevor Milton*, 21 Cr. 478 (ER).

3. Attached as Exhibit B is a true and correct copy of the Curriculum Vitae of Dina Mayzlin, disclosed on June 6, 2022.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Bradley J. Bondi
_____
Bradley J. Bondi

June 20, 2022
Washington, DC