UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

|  |  |
|---|---|
| UNITED STATES OF AMERICA | x <br> : <br> : No. 1:21-cr-00478-ER |
| v. | : <br> : **MOTION *IN LIMINE* TO** <br> : **EXCLUDE IRRELEVANT AND** |
| TREVOR MILTON, | : **UNFAIRLY PREJUDICIAL** <br> : **EVIDENCE** |
| Defendant. | : <br> x |

———————————————————————

Defendant Trevor Milton, through counsel and for the reasons stated in the accompanying Memorandum of Law, moves pursuant to Federal Rules of Evidence 401, 402, 403 and 404(b) to exclude any evidence of, and reference to, the following: (1) Mr. Milton's disposition or voting of Nikola Corporation ("Nikola") shares after the end of his lockup period in December 2020 and the price of Nikola shares after September 21, 2020; (2) Mr. Milton's purported wealth, lifestyle or spending habits; and (3) the impact of the COVID-19 pandemic on so-called "retail investors" who may have faced financial and/or health challenges, and the effects of Mr. Milton's alleged misstatements on those investors.

Dated:  June 20, 2022                                      Respectfully submitted,

/s/ Bradley J. Bondi

Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
1990 K Street NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc L. Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
(212) 466-6400
Marc.Mukasey@mfsllp.com

*Counsel for Trevor Milton*