# MUKASEY FRENCHMAN

570 Lexington Ave, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

**MEMO ENDORSED**

July 7, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> The deadline to file motions in limine, requests to charge, and proposed voir dire is hereby extended to July 11, 2022.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/8/2022
> New York, New York

Re:   **United States v. Trevor Milton**
      **S1 21 Cr. 478 (ER)**

Dear Judge Ramos:

This letter is respectfully submitted on behalf of defendant Trevor Milton to request minor adjustments to the motion schedule in the captioned matter. The government joins in these requests.

As things currently stand, the parties are due to file oppositions to each other's motions *in limine,* requests to charge, and proposed *voir dire* tomorrow, July 8, 2022. Subject to the Court's approval, the parties wish to extend the deadline for those items to July 11, 2022. The defense will also file motions directed at the new wire fraud count (Count Four of the superseding indictment) on July 11th.

The defense will still produce its exhibit list and witness list to the government tomorrow, as required.

Thank you for your attention to this submission.

Very truly yours,

Marc L. Mukasey

cc: All Counsel