UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVOR MILTON,<br><br>Defendant. | Case No. 1:21-cr-00478-ER<br><br>ECF Case<br><br>NIKOLA CORPORATION'S MOTION TO INTERVENE AND FOR A PROTECTIVE ORDER |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Third-Party Movant Nikola Corporation's Motion to Intervene and for a Protective Order, the undersigned will move this Court before the Honorable Edgardo Ramos, United States District Court Judge, Courtroom 619, at the Thurgood Marshall U.S. Courthouse 40 Foley Square New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Third-Party Movant's Motion to Intervene and for a Protective Order for the limited purpose of opposing certain relief requested by Defendant Trevor Milton in his Motion *in Limine* to Allow All Testimony Concerning Britton Worthen's Communications Related to Any Statements Allegedly Made by Mr. Milton (Dkt. 115), and for any other such further relief as this Court deems just and proper.

[*Remainder of the page intentionally left blank*]

Dated: New York, New York  
July 11, 2022

<u>/s/ Robert W. Allen, P.C.</u>  
Robert W. Allen, P.C.  
Jacquelyn M. Kasulis  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
Telephone: +1 212 446 4800  
Facsimile: +1 212 446 4900

*Attorneys for Nikola Corporation*