UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | x : : | No. S1 21 Cr. 00478 (ER) |
| v. | : : | **MOTION TO RENEW** **CERTAIN MOTIONS** |
| TREVOR MILTON, | : : : |  |
| Defendant. | : x |  |

_____

Defendant Trevor Milton, through counsel, moves under Federal Rule of Criminal Procedure 12(b)(1), to renew, in light of the Superseding Indictment (ECF 123) filed on June 22, 2022, the following motions, filed on December 15, 2021, and the memoranda and declarations in support thereof, on which the Court has not yet ruled:

- Motion To Dismiss Counts One and Two of the Indictment for Lack of Fair Notice (ECF 38, 39, 40);

- Motion To Dismiss Counts One and Two of the Indictment for Failure To Allege the Requisite Connection With a Security (ECF 41, 42);

- Motion To Dismiss Counts Two and Three of the Indictment for Failure To Sufficiently Allege That the Object of Defendant's Alleged Scheme Was Money or Property (ECF 43, 44);

- Motion To Dismiss the Indictment for Failure To Sufficiently Allege Materiality (ECF 45, 46, 47);

- Motion To Dismiss Charges of Scheme Liability Under Count One of the Indictment (ECF 48, 49);

- Motion To Dismiss Count Two of the Indictment for Vagueness (ECF 50, 51);

- Motion For Bill of Particulars (ECF 52, 53, 54);

- Motion To Compel the Production of Brady Material (ECF 57, 58, 59); and

- Motion For an Evidentiary Hearing Concerning Deficiencies in the Government's Filter Team Protocol (ECF 60, 61, 62).

Mr. Milton withdraws the Motion To Strike Surplusage (ECF 55, 56) as mooted by the Superseding Indictment.

Additionally, for the reasons set forth in the Motion To Dismiss the Indictment or, in the Alternative, To Transfer Venue ("Motion to Dismiss or Transfer") (ECF 11) filed on August 10, 2021, Mr. Milton respectfully asserts that venue for Counts One, Two, and Three of the Superseding Indictment is improper under the Constitution and relevant statutes. On November 15, 2021, the Court issued an Opinion and Order (ECF 32) denying the Motion to Dismiss or Transfer in its entirety. In order to preserve all his rights and positions for the record, Mr. Milton hereby moves to dismiss Counts One, Two, and Three of the Superseding Indictment for lack of venue.

Dated: July 11, 2022                                  Respectfully submitted,

/ s / Bradley J. Bondi
_____
Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
1990 K Street NW, Suite 950
Washington, DC 20006
(202) 862-8910
bbondi@cahill.com

Marc L. Mukasey
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022
(212) 466-6400
Marc.Mukasey@mfsllp.com

*Counsel for Trevor Milton*