UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.

TREVOR MILTON,

                Defendant.

**ORDER**

21 Crim. 478 (ER)

Ramos, D.J.:

      Having reviewed the defendant's motions for a Fed. R. Crim. P. 26.2(f) ruling, Docs. 161 and 162, the Court holds that the documents submitted *in camera* need not be produced. *See Palermo v. United States*, 360 U.S. 343, 352–53 (1959) ("summaries of an oral statement which evidence substantial selection of material, or which were prepared after the interview without the aid of complete notes, and hence rest on the memory of the agent, are not to be produced."). The Clerk of Court is respectfully directed to terminate the motions, Docs. 161 and 162.

      It is SO ORDERED.

Dated: August 23, 2022
       New York, New York

                                          Edgardo Ramos, U.S.D.J.