APPENDIX A

**United States v. Trevor Milton, 21-cr-478 (ER)**
Attachment to Application to Bring Personal Electronic Devices

Counsel for Defendant respectfully request that the following attorneys and support personnel be permitted to bring the following devices into the Courthouse and assigned courtroom, for use during the September 8, 2022 pre-trial conference and during trial:

| Individual | Devices |
|---|---|
| Bradley Bondi | Cell phone, laptop computer, tablet |
| Elyssa Brezel | Cell phone, laptop computer |
| Kenneth Caruso | Cell phone, laptop computer |
| Sal Chan | Cell phone, laptop computer, tablet, flash drive |
| Robert Frenchman | Cell phone, laptop computer |
| Chris Grimm | Cell phone, laptop computers, external hard drive, flash drive, batteries |
| Terence Healy | Cell phone, tablet |
| Sophie Kaplan | Cell phone, laptop computer, charging battery brick |
| Vitaliy Kats | Cell phone, laptop computer |
| Marc Mukasey | Cell phone, laptop computer, tablet |
| Leslie O'Neill | Cell phone, laptop computer, external hard drive, flash drive, batteries |
| Sara Ortiz | Cell phone, laptop computer |
| Tom Thornhill | Cell phone, laptop computer |
| Curtis Tuttle | Cell phone, laptop computer |
| Torrey Young | Cell phone, laptop computer, tablet, charging battery brick |
| Traci Zeller | Cell phone, laptop computer |