# Exhibit A

# Standing Scalability Meeting | MINUTES

October 18, 2017 | 11:30 am | Meeting location *Conference Room*

| Meeting called by | Tony | Attendees |
|---|---|---|
| Type of meeting | Weekly all functions update | Britton, Isaac, Kevin, Steve, Sharla, Tony, Morgan |
| Note taker | Tony | |

### Britton

Finishing up acquisition deal with FreeForm

No new information on site location, still waiting to see on a lot of different information

States are waiting to hear our plans for future capital raises

### Isaac

Jordan's working on wraps for the truck and trailer

Building a shipping label printer (quick solution)

Creating new page on website to show the company officers

Working on ERP system, also working with Dane on CAN messaging

### Jim

Did not attend

### Dane

Did not attend

### Kevin

Truck did commercial shoot, where it moved, last week with Phillips

Trying to move hydrogen tanks on the new version of the truck to the sides rather than on the back

Need to discuss patents around new frame designs

Battery development is going really well internally

### Sharla

Training happening with JP Morgan

Next week there is an audit with WCF

Need to do time clock training with hourly employee managers (Travis R. and Tony H.)

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01485705
SDNY_R001_0002822419

DEFENSE
EXHIBIT
**89**
1:21-CR-478 (ER)

### Steve

Working on next version of the Nikola 2 design, got Trevor's approval

Measurements are more accurate to today's semi-truck dimensions

Interior is coming along really nicely with Eren

### Tony

Open enrollment is starting soon for benefit elections

Redoing the employee handbook, which will be distributed electronically.  Working on getting everybody to start using their online portals

UTV is performing tremendously out at Camp Pendleton

Company credit card are about 2 weeks away

### Travis

 Did not attend

### Morgan

Working with Isaac's team to find software platforms to help with the hiring process (Workable)

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01485706
SDNY_R001_0002822420

89-2