# Exhibit B

---

| | |
|---|---|
| **From:** | Britton Worthen <britton.worthen@nikolamotor.com> |
| **Sent:** | Monday, November 27, 2017 10:59 PM |
| **To:** | William Milton; Trevor Milton; De Thompson V; Robert Fitzgerald - FCR \| Fitzgerald Collision Repair (robert@fitzgeraldcollision.com); Lon Stalsberg |
| **Cc:** | Lance Newquist; Scott Seymour; Kim Brady; Scott Perry |
| **Subject:** | Board of Directors call |
| **Attachments:** | MINUTES_Nikola Corporation Board of Directors meeting – telephonic – October 26.docx |

Gentlemen,

We are still looking to have a BOD call in November. How does everyone's schedules look for this Thursday, November 30th?

We would also like to schedule the December call now given the December 2017 holiday season is fast approaching. How does a board call on December 21st or 22nd work for everyone?  Please let us know your availability.

Our first in-person board meeting will be in January of 2018.  Please check your calendars for the week of January 22, 2018 and us know what dates work best for you.

At the suggestion of some board members we are trying to put in place a free online date management program called "Doodle" that will help us coordinate various board meeting dates.  If you get an email from a program called "Doodle" you will know what that is for.

Attached please find a rough draft of minutes from our board meeting in October.  If anyone would like to suggest changes or make additions to these minutes, please make the edits directly to the document in track changes or send an email with your comments and we will make sure they are incorporated.

We look forward to hearing from you.


**Britton Worthen**
*Chief Legal Officer*

(559) 464-5652 (ext. 201)  |  britton.worthen@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
1130 S. 3800 W. Suite 200 | SLC, Utah  84104


INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS).  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

1

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA

GOV-DTHOMP00005406
SDNY_R001_0001085197



**DEFENSE EXHIBIT**
**245**
1:21-CR-478 (ER)