# Exhibit C

Nikola Corporation Board of Directors meeting – telephonic – October 26, 2017

Items for discussion

a.  Board of Directions

    1.  Set schedule for future telephonic and in person meetings

    2.  Discuss procedures for BOD meetings (board packets, agendas, etc.) Trevor to be key note speaker in Norway this week – also meeting with potential key investors

b.  Nikola vehicle update

    1.  Truck progress update –plan to launch truck next year (AUG 2018); plan to launch in Germany or in US with Bosch.

    2.  UTV progress update – controls all the way dialed up now (500HP). Running well.  Battery cooling being hooked up now.  Ride and drive for dealerships in March of 2018.  Maybe 10 – 100 units ordered from dealerships.

       Bill – questions about cells used.  We will use larger 21/700 cells. (Samsung and LG).

       Military committed to pick up between 10-25 units before larger order (approx. $150K).  Once those are tested probably around a larger order of around 1000 units.  Nikola Zero able to replace multiple vehicles for military.

       Lance – military slow to make acquisitions usually.  SOCOM has ability to side step buying issues with congress. But this may be a quick avenue for purchase of the Nikola Zero.  Maries helped us get $500K of funding through ManTech.  A little convoluted, but a quick bit of free money to help us with the development process. Everyone around it military wise, really wants it Nikola Zero bc it performs so much better than what they have.  Able to replace several vehicles with this one vehicle.

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA

GOV-DTHOMP00005407
SDNY_R001_0001085198

DEFENSE
EXHIBIT
**246**
1:21-CR-478 (ER)

De- how do we plan to build?  PME will be able to build first 10-25.
Larger scale, we will look to do robotically, also look to possible tap
Fitzgerald and Thompson groups for assembly.
Robert – on roll cages there is a company of TN that does roll cages for
Polaris that could be helpful to Nikola.

c. Legal

# Redacted - Privileged

d. Business Dealings

1. Free Form Factory acquisition – looking to acquire a personal
   watercraft company.  They have thermo-forming patents that we like
   for use in possible skins for the UTV and truck.  Cleaner and cheaper
   technology than fiber glass.

2. Anheuser-Busch conversations – senior leadership very interested in us
   moving their freight.  We would broker deal with US Xpress.  We can
   make about $1.30 a mile with this agreement.  We are hopeful to
   leverage a PO from AB to borrow / raise money.

3. Nautique conversations – interested in possibly licensing the FFF
   thermos-forming technology for their boat hulls.

4. Polaris meeting (11/20) – acquisition team coming out to visit.  They
   have been actively buying related companies in the industry.  We will
   see what they upon their visit.  L3 company (McKesson group reached

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA

out) possible other acquisition (buyer) partner.  Scott Seymour knows the CEO of L3.  They are legitimate.

Lance – many defense groups like the UTV drive train and would like to see it on other vehicles.  They want to see how they can "super-size" that on to other platforms.

De – does is make sense to wait to Jan/Feb till we are a little more done before we show UTV to potential suitors?  Should we build more momentum and have a more finished product before we show off?

Lance – We have debated this question internally.  It is a fine line.  Competitors may look to block us.  It will get them thinking about how to compete directly with us.

   e.  Business relocation

      1.  Update on offers from TN, SC, UT and AZ – TN out.  UT back in with some land in Tooele county.  AZ willing to give land for free.  SC offer still coming in.

   f.  Marketing

      1.  TE Connectivity commercial – new commercial.  Send link to everyone.

      2.  Phillips commercial – truck moving, but not under our power.

   g.  Financing

      1.  Series B progress re Bosch redemption – we are going to push a large order and ask them to pull the redemption right.  They want to do the truck launch at Hanover, Germany.  They are also ready to battery development with us.

      2.  Additional Series B investors – WABCO – we hope to that finalized soon.  Working on JDA related to steering.  They are looking at a $10M investment in the B round.

   h.  Employment

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA

GOV-DTHOMP00005409
SDNY_R001_0001085200

1. New CFO – Kim Brady – Starts Nov 15.  Well connected.  Has really good contacts.  Looking to raise $150M through his network of medium sized banking.

2. New COO – Scott Perry – hired from Ryder.  Lots of trucking industry knowledge.  Really excited to have him on.  Starts early November.

3. Potential hire – President Powersports – Michael Erickson – we connected in the power-sports world.  Help build division.  Left Polaris about 1.5 years ago.

4. Potential hire – Powersports military liaison – Andrew Christian – just retired as a marine (28 years).  Very well connected in military.  Helped with Polaris acquisition by military.  Should help with military contract acquisition.

De – suggests using committees (compensation, hiring, etc.) to discuss these items in advance of board calls.

CONFIDENTIAL TREATMENT REQUESTED UNDER FOIA

GOV-DTHOMP00005410
SDNY_R001_0001085201

246-4