# Exhibit D

| | |
|---|---|
| **From**: | Trevor Milton [trevor@nikolamotor.com] |
| **Sent**: | 6/26/2020 9:20:31 AM |
| **To**: | Britton Worthen [britton@nikolamotor.com] |
| **CC**: | Vince Caramella [vince.caramella@nikolamotor.com]; Nicole Rose [nicole.rose@nikolamotor.com] |
| **Subject**: | Re: Badger Press Release Update |
| **Attachments**: | Badger Reservation Release.20200625.Clean (bmw edits).docx |

Here are my changes to address Britton's concerns.

**Trevor Milton**
*Founder and Chairman*
trevor@nikolamotor.com

or

**Matthew Peterson**
*Executive Assistant to Chairman*
**C:** 801-628-4681 | matthew.peterson@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Fri, Jun 26, 2020 at 9:13 AM Britton Worthen <britton@nikolamotor.com> wrote:
  Please see my attached edits /comments.

**Britton Worthen**
*Chief Legal Officer*
britton@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

    

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS  CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Thu, Jun 25, 2020 at 6:07 PM Vince Caramella <vince.caramella@nikolamotor.com> wrote:
  Trevor & Britton

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA-STIP_00001157
SDNY_R001_0003312232



527-1

Nicole and I made some minor, final edits and highlighted some questions to the PR (attached).  This includes Trevor's edits from the prior round.  Next steps below:

- Confirm push options - COM tomorrow Friday the 26th or OOM on Monday the 29th.

- Britton - Need legal review/approval, inclusion of FLS and confirmation as to if we need to include any "giveaway" rules/legal in the PR

- Approvals - Once we get your approval we will also circulate a clean version of the PR to Mark, Kim, Michael and Stasy with the guidance of, "This PR is final please only comment on any factual inaccuracies"

Thanks

**Vince Caramella**
*Global Head of Marketing*
vince.caramella@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS  CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA-STIP_00001158
SDNY_R001_0003312233