# Exhibit E

| | |
|---|---|
| **From**: | Nicole Rose [nicole.rose@nikolamotor.com] |
| **Sent**: | 7/20/2020 9:00:40 AM |
| **To**: | Vince Caramella [vince.caramella@nikolamotor.com] |
| **Subject**: | Fwd: Trevor's Podcast |

Hi Vince.

Is it possible to get clarification on what can be shared and to what degree of detail to help guide interviews? There was more context around each of the items in this list so in my opinion they didn't come off quite as strong as above. At the same time, the media does take soundbites so it is good to consider how these statements can be misconstrued.  I'll be curious to hear if Mark or Britton had concerns.

--N

---------- Forwarded message ---------
From: **elizabeth.fretheim@nikolamotor.com** <elizabeth.fretheim@nikolamotor.com>
Date: Mon, Jul 20, 2020 at 3:43 AM
Subject: Fwd: Trevor's Podcast
To: Vince Caramella <vince.caramella@nikolamotor.com>, Nicole Rose <nicole.rose@nikolamotor.com>, Stephanie Fleck <stephanie.fleck@nikolamotor.com>

This is rough but below are things I just wish he wouldn't say to things that are more concerning.

| Concern | Timing |
|---|---|
| cost of hydrogen below $3/kg | 11:50 - 12:00 |
| trucking is a mess | 10:45 - 11:30 |
| - we're going to make it so OO's can compete with big fleets | 12:25 - 12:30 |
| standardizing the stations is how we lower cost of H2 (cost of stations $14M) | 25:00-30:00  28-29:15 |
| - cost of station went from $50-60M to $14M | and at 32:18 |
| figured out how to stabilize the load balance | 31:00-31:15 |
| solved the grid and load balance | 31:45-32:24 |
| - to get below $10M for a station w/in a few years | 32:13-32:24 |
| mix of Alkaline and PEM electrolyzers | 32:42 |
| E- Production | 37:45-40:55 |
| not in the city for H2 production so cheaper | 38:55 |
| 720 kWh is the biggest battery on any truck | 39:10 |
| tap directly into federal lines (not dealing with utility and going straight to generation) | 40:05-40:55 |
| pre-planned station locations and are buying them up | 41:10-41:25  49:33 |
| getting energy for $0.02-$0.04 or free from federal lines | 41:25-41:45 |
| Utilities are like govt and don't care what you think or say | 43:15 |
| already contracting with power companies and have the exact costs for our customers | 45:15-45:26 |
| already contracted energy (low or free) resulting in $1.5-$2/kg for H2 | 48:50-48:05 |

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01449099
SDNY_R001_0002786206



DEFENSE
EXHIBIT
**533**
1:21-CR-478 (ER)

have 20 year electricity contracts in major locations                                      49:20-50:20

w/out e- contracts still below $3/kg                                                        50:20

met w/ power companies who said they can't provide power for 7 cents                        51:58-52:11

other OEMs are a-holes, dinosaur ass                                                        1:04:00-1:04:40

people targeting us                                                                         1:07:05-1:07:32

don't need government credits

--

**Nicole Rose**
*Director, Public Relations and Corporate Communications*
nicole.rose@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd  Phoenix | AZ  85040

    

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS  CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01449100
SDNY_R001_0002786207