# Exhibit F

**Sent:**     Thursday, May 28, 2020 5:48:40 PM
**Subject:**  Re: Today's Interviews
**From:**    Trevor Milton <trevor@nikolamotor.com>
**To:**       Nicole Rose <nicole.rose@nikolamotor.com>
**Cc:**       Matthew Peterson <matthew.peterson@nikolamotor.com>

feel free to come up to my office and we can do them here. Would be good to have you here for them in case I need anything.
Trevor

**Trevor Milton**
*Founder and CEO*
trevor@nikolamotor.com

or

**Matthew Peterson**
*Executive Assistant to the CEO*
**C:** 801-628-4681 | matthew.peterson@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Thu, May 28, 2020 at 10:27 AM Nicole Rose <nicole.rose@nikolamotor.com> wrote:

Hello Trevor.
I wanted to check in to make sure you have everything you need for today's interviews. I will be present for the phone and the *Behind the Bell* interview. If you'd like me to be present for JMac, just let me know.

Note, they are all tightly scheduled so we will do our best to be cognizant of the time and keep the journalist/interviewers on track.

**Schedule Recap:**

11 a.m.— *JMac Investing* (Video Interview) via
Skype: https://join.skype.com/invite/z1ZXZfjLcTGn, Jason MacDonald

12 -12:30 p.m. — *USA Today,* Nathan Bomey

12:30 - 1 p.m. — *FreightWaves,* Alan Adler

SDNY_SW_0000091793



DEFENSE
EXHIBIT
**1435**
1:21-CR-478 (ER)

1435-1

1:30-2 p.m. — Nasdaq: *Behind the Bell,* Emily Drewry

--N

**Nicole Rose**
*Director, Public Relations and Corporate Communications*
nicole.rose@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

    

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

SDNY_SW_0000091794

1435-2