# Exhibit G

**Custodian:**             Worthen, Britton

**Device:**                Apple iPhone 11 Pro Max

**Application:**         SMS/MMS

**Active Participants:**    Trevor Milton - +16027393095; {Worthen, Britton};

**Date/Time Start (MST):**    12/17/2019 10:44 PM

**Date/Time End (MST):**    12/17/2019 11:25 PM

| Time (MST) | From | Message Body | Deleted |
|---|---|---|---|
| 22:44:47 | {Worthen, Britton} | Just saw the fox business piece - great job!!  Well done my friend. | |
| 23:16:22 | Trevor Milton - +16027393095 | Thanks man. | |
| 23:16:33 | Trevor Milton - +16027393095 | I'm glad it turned out well. Hard to do in 5 minutes | |
| 23:25:40 | {Worthen, Britton} | I'm sure it was, but it turned out really good. I like that it was a straight 5 min, with no edits. Sometimes they will edit it in a way to get a sound bite they like. | |

FOIA Confidential Treatment Requested by Nikola Corporation

**DEFENSE EXHIBIT 1472**

**1:21-CR-478 (ER)**

1472-1