# Exhibit H

**From:**     Trevor Milton [trevor@nikolamotor.com]
**Sent:**     2/27/2020 3:06:28 PM
**To:**       Gridelli, Craig [Craig.Gridelli@cowen.com]
**CC:**       S Girsky [sgirsky@vectoiq.com]; Mark Russell [mark.russell@nikolamotor.com]; Kim Brady
              [kim.brady@nikolamotor.com]; Fieger, Alexia [Alexia.Fieger@morganstanley.com]; M Schan
              [mschan@vectoiq.com]; Steve Shindler [steve.shindler@nii.com]; M L. G [mlg@vectoiq.com]; mach7
              [mach7@morganstanley.com]; Matthew Peterson [matthew.peterson@nikolamotor.com]
**Subject:**  Re: Call Recording

We are going to have to postpone this. No way to get legal to sign off on this and everyone's comments before 330.

Let's postpone until tomorrow possibly.

Trevor


**Trevor Milton**
*Founder and CEO*
trevor@nikolamotor.com

or

**Matthew Peterson**
*Executive Assistant to the CEO*
**C:** 801-628-4681 | matthew.peterson@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.


On Thu, Feb 27, 2020 at 3:02 PM Gridelli, Craig <Craig.Gridelli@cowen.com> wrote:

All,

The latest version we have is attached here.

Best,

Craig

FOIA Confidential Treatment Requested by Nikola Corporation



DEFENSE
EXHIBIT
**1476**
1:21-CR-478 (ER)

**From:** Steve Girsky <sgirsky@vectoiq.com>
**Sent:** Thursday, February 27, 2020 5:01 PM
**To:** Mark Russell <mark.russell@nikolamotor.com>; Gridelli, Craig <Craig.Gridelli@cowen.com>
**Cc:** Kim Brady <kim.brady@nikolamotor.com>; Fieger, Alexia <Alexia.Fieger@morganstanley.com>; Trevor Milton <trevor@nikolamotor.com>; M Schan <mschan@vectoiq.com>; Steve Shindler <steve.shindler@nii.com>; M L. G <mlg@vectoiq.com>; mach7 <mach7@morganstanley.com>; Matthew Peterson <matthew.peterson@nikolamotor.com>
**Subject:** Re: Call Recording

EXTERNAL EMAIL

Craig can you send over my edits?

Regards

Steve


On Feb 27, 2020, at 4:49 PM, Mark Russell <mark.russell@nikolamotor.com> wrote:


Here's the latest version for us.  Includes changes Trevor and I have made.  We don't have Steve's edits.


On Thu, Feb 27, 2020 at 2:06 PM Kim Brady <kim.brady@nikolamotor.com> wrote:

Alexia,

We will have someone from our PR department act as an operator.

Best,

KJB

**Kim Brady**
*Chief Financial Officer*
kim.brady@nikolamotor.com



**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

    

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424299
SDNY_R001_0002761685

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Thu, Feb 27, 2020 at 2:52 PM Fieger, Alexia <Alexia.Fieger@morganstanley.com> wrote:

Kim, Steve,

We have been coordinating with the various parties to ensure we have technical and legal capability for the recording. We have received sign-off and have the systems in place to record the call this afternoon at 3:30 MST. I have updated the calendar invite with the appropriate dial-in.

Understand you requested an introduction to the call. For legal reasons, typically someone from the company's PR team will act as an operator and kick off the presentation. Would someone form the Nikola or Vecto teams be available to do this?

An additional consideration is how long the recording will be accessible to investors. The transcript will be filed as an 8K and will be available indefinitely; however, you can choose to have the link to the recording expire after a specified time.

Please let us know of any questions ahead of the 3:30 MST recording.

Thank you,

Alexia

**Alexia Fieger, Analyst**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036
Phone: +1 212 296-5508
Alexia.Fieger@morganstanley.com

**From:** Kim Brady [mailto:kim.brady@nikolamotor.com]
**Sent:** Thursday, February 27, 2020 1:38 PM
**To:** Steve Girsky
**Cc:** Fieger, Alexia (GCM); Trevor Milton; Mark Russell; Mary Chan; Shindler, Steven (steve.shindler@nii.com); Mindy Luxenberg-Grant; mach7; Matthew Peterson
**Subject:** Re: Call Recording

Steve,

Matt and MS are looking for a dialing solutions. Don't think we have a solution yet.

FOIA Confidential Treatment Requested by Nikola Corporation

1476-3

KJB

**Kim Brady**
*Chief Financial Officer*
kim.brady@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Thu, Feb 27, 2020 at 12:33 PM Steve Girsky <sgirsky@vectoiq.com> wrote:

Did you send a dial on around for this?

Regards
Steve

On Feb 26, 2020, at 9:42 PM, Fieger, Alexia <Alexia.Fieger@morganstanley.com> wrote:

Steve,

Ideally, everyone would be on the call as the flow and quality is improved. If need be, however, the different parts can be overlaid.

Do you have availability at 3:30 pm MST tomorrow?

Thank you,
Alexia

**Alexia Fieger, Analyst**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424301
SDNY_R001_0002761687

1476-4

Phone: +1 212 296-5508
Alexia.Fieger@morganstanley.com

**From:** Kim Brady [mailto:kim.brady@nikolamotor.com]
**Sent:** Wednesday, February 26, 2020 9:39 PM
**To:** Fieger, Alexia (GCM); Trevor Milton; Mark Russell
**Cc:** Girsky, Stephen [VECTOIQ, LLC (New York)]; Mary Chan; Shindler, Steven (steve.shindler@nii.com); Mindy Luxenberg-Grant; mach7; Matthew Peterson
**Subject:** Re: Call Recording

Alexia,

Thanks. Tomorrow at 3:30 pm MST works best for us.

Matt, could we get Brian to support us on uploading the recording to the website?

Best,

KJB

**Kim Brady**
*Chief Financial Officer*
kim.brady@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Wed, Feb 26, 2020 at 8:28 PM Fieger, Alexia <Alexia.Fieger@morganstanley.com> wrote:

Kim,

In preparation for Friday's anticipated press release, we would look to pre-record the investor call tomorrow afternoon. Our roadshow team will revert with specific instructions tomorrow but we expect this to be a fairly simple process that can be done by dialing into a common line from any phone.

FOIA Confidential Treatment Requested by Nikola Corporation

Does your team have a window of availability to do the recording tomorrow afternoon?

Additionally, can you please connect us with someone from the Nikola team who can help coordinate the technical logistics of uploading the recording to the website?

Thank you,

Alexia

**Alexia Fieger, Analyst**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036
Phone: +1 212 296-5508
Alexia.Fieger@morganstanley.com

---

**From:** Garcia Belmonte, Lauren (GCM)
**Sent:** Wednesday, February 26, 2020 1:23 PM
**To:** Kim Brady
**Cc:** Dillon, Pat (IBD); Gridelli, Craig; S Girsky; M Schan; Shindler, Steven (steve.shindler@nii.com); M L. G; CowenProjectMach7; Roxas, Pamela (IBD); mach7
**Subject:** RE: Call Recording

Sure, Kim. We'll revert with details and to get scheduled.

**Lauren Garcia Belmonte, Managing Director**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036
Phone: +1 212 761-0075
Mobile: +1 347 401-1832
Lauren.Garcia.Belmonte@morganstanley.com

**From:** Kim Brady [mailto:kim.brady@nikolamotor.com]
**Sent:** Wednesday, February 26, 2020 12:23 PM
**To:** Garcia Belmonte, Lauren (GCM)
**Cc:** Dillon, Pat (IBD); Gridelli, Craig; S Girsky; M Schan; Shindler, Steven (steve.shindler@nii.com); M L. G; CowenProjectMach7; Roxas, Pamela (IBD); mach7
**Subject:** Re: Call Recording

I agree with Lauren's recommendations. Lauren, we will need your help in recording the call.

Best,

KJB

**Kim Brady**
*Chief Financial Officer*

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424303
SDNY_R001_0002761689

1476-6

kim.brady@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com

4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Wed, Feb 26, 2020 at 11:13 AM Garcia Belmonte, Lauren <Lauren.Garcia.Belmonte@morganstanley.com> wrote:

Thanks Craig – a few reactions to your note below:

- Agree pre-recording is a good idea here so that team can edit as needed and it is ready to go at right moment. Investor q&a can happen later when out at meetings

- Regarding logistics of recording, we do this often with IPO clients where team members dial in to the line for the recording from different locations so that shouldn't be a problem, let us know if we can help

- Given the slide deck will need to be published anyhow, think it should be available at time of call

Happy to discuss further if helpful

**Lauren Garcia Belmonte, Managing Director**
Morgan Stanley | Global Capital Markets
1585 Broadway, 4th Floor | New York, NY  10036
Phone: +1 212 761-0075
Mobile: +1 347 401-1832
Lauren.Garcia.Belmonte@morganstanley.com

---

**From:** Dillon, Pat (IBD)
**Sent:** Wednesday, February 26, 2020 11:25 AM
**To:** Gridelli, Craig; S Girsky; KIM BRADY
**Cc:** M Schan; Shindler, Steven (steve.shindler@nii.com); M L. G; CowenProjectMach7; Roxas, Pamela (IBD); mach7
**Subject:** RE: Call Recording

+ rest of MS team

**Pat Dillon, Executive Director**
Morgan Stanley | Investment Banking Division
440 South LaSalle St., 37th Floor | Chicago, IL  60605
Phone: +1 312 706-4775
Mobile: +1 347 302-4480
Pat.Dillon@morganstanley.com

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424304
SDNY_R001_0002761690

**From:** Gridelli, Craig [mailto:Craig.Gridelli@cowen.com]
**Sent:** Wednesday, February 26, 2020 10:24 AM
**To:** S Girsky; KIM BRADY
**Cc:** M Schan; Shindler, Steven (steve.shindler@nii.com); M L. G; CowenProjectMach7; Dillon, Pat (IBD); Roxas, Pamela (IBD)
**Subject:** Call Recording


All,


Cowen can help orchestrate the call recording, if needed. We need to decide how we want to approach it. Can pre-record a call as a standalone or can pre-record a call and concurrently release the slides from the IP. Either way, it is not necessary to reference the deck in the script, though of course you are free to do so if you choose the release it.


We think it would be more natural and easier to execute if everyone could gather in one place but believe we can facilitate if groups need to record from separate locations. We are also looking into potential CNBC air time. Let us know your preferences.


Best,


Craig


**COWEN**


**Craig Gridelli**

Vice President

Industrials


Cowen and Company, LLC

599 Lexington Ave., 20th floor

New York, NY 10022

T 646 562 1143 M 512 705 5751

craig.gridelli@cowen.com

www.cowen.com


This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424305
SDNY_R001_0002761691

1476-8

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

NOTICE: Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent required and/or permitted under applicable law, to monitor electronic communications, including telephone calls with Morgan Stanley personnel. This message is subject to the Morgan Stanley General Disclaimers available at the following link: http://www.morganstanley.com/disclaimers. If you cannot access the links, please notify us by reply message and we will send the contents to you. By communicating with Morgan Stanley you acknowledge that you have read, understand and consent, (where applicable), to the foregoing and the Morgan Stanley General Disclaimers.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

--

**Mark Russell**

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424306
SDNY_R001_0002761692

1476-9

*President*

[mark.russell@nikolamotor.com](mailto:mark.russell@nikolamotor.com)

**Nikola Corporation** | www.nikolamotor.com

4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

<Draft Investor Script MAR 2.25.20.docx>

This message and any attachments are confidential. If you are not the intended recipient, please notify the sender immediately and destroy this email. Any unauthorized use or dissemination is prohibited. All email sent to or from our system is subject to review and retention. Nothing contained in this email shall be considered an offer or solicitation with respect to the purchase or sale of any security in any jurisdiction where such an offer or solicitation would be illegal. Neither Cowen Inc. nor any of its affiliates ("Cowen") represent that any of the information contained herein is accurate, complete or up to date, nor shall Cowen have any responsibility to update any opinions or other information contained herein.

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA01424307
SDNY_R001_0002761693

1476-10