# Exhibit I

| From: | Britton Worthen [britton@nikolamotor.com] |
|---|---|
| Sent: | 3/2/2020 7:01:32 PM |
| To: | Trevor Milton [trevor@nikolamotor.com] |
| Subject: | Re: Ok with this language for social media |

Just forward on.

**Britton Worthen**
*Chief Legal Officer*
britton@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

On Mon, Mar 2, 2020 at 6:56 PM Trevor Milton <trevor@nikolamotor.com> wrote:
Who is our SEC attorneys? I need approval on stuff. I'd like to use this;

**Nikola and VectoIQ announce a merger that will allow Nikola to be the first publicly traded hydrogen and battery electric truck manufacturer. VectoIQ stock symbol VTIQ to be changed to NKLA symbol after SEC approval.**

**Trevor Milton**
*Founder and CEO*
trevor@nikolamotor.com

or

**Matthew Peterson**
*Executive Assistant to the CEO*
**C:** 801-628-4681 | matthew.peterson@nikolamotor.com

**Nikola Corporation** | www.nikolamotor.com
4141 E Broadway Rd | Phoenix | AZ | 85040
FOIA Confidential Treatment Requested by Nikola Corporation    NKLA-STIP_00001345
SDNY_R001_0003312420



DEFENSE EXHIBIT 1491
1:21-CR-478 (ER)



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY E-MAIL REPLY AND THEN DELETE THIS E-MAIL.

FOIA Confidential Treatment Requested by Nikola Corporation

NKLA-STIP_00001346
SDNY_R001_0003312421

1491-2