UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TREVOR MILTON,<br><br>*Defendant*. | No. 21-cr-478 (ER)<br><br>**NOTICE OF DEFENDANT'S MOTION FOR A NEW TRIAL AND A JUDGMENT OF ACQUITTAL ON COUNT THREE** |

Defendant Trevor Milton, through counsel and for the reasons stated in the accompanying Memorandum of Law, respectfully moves pursuant to Federal Rules of Criminal Procedure 29 and 33 for an order granting Defendant a new trial on all counts, and a judgment of acquittal on Count Three.

Dated: December 14, 2022
New York, New York

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Daniel J. O'Neill
Avery D. Medjuck
SHAPIRO ARATO BACH LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
(212) 257-4880
ashapiro@shapiroarato.com
doneill@shapiroarato.com
amedjuck@shapiroarato.com

Marc L. Mukasey
Torrey K. Young
MUKASEY FRENCHMAN LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
(212) 466-6400
Marc.Mukasey@mfsllp.com
Torrey.Young@mfsllp.com

*Counsel for Defendant Trevor Milton*