UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TREVOR MILTON,<br><br>*Defendant.* | No. 21-cr-478 (ER)<br><br>**DECLARATION OF<br>TORREY K. YOUNG** |

I, TORREY K. YOUNG, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner in the law firm of Mukasey Frenchman LLP, one of the law firms representing defendant Trevor Milton in the above-captioned action.  I submit this declaration in support of Mr. Milton's Motion for a New Trial and a Judgment of Acquittal on Count Three.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the final written jury charge provided to me by the Court on October 14, 2022, prior to the commencement of the Court's oral instructions to the jury.  On information and belief, a copy of this charge was provided to the jury to be used during deliberations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 14, 2022

_____
TORREY K. YOUNG