

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 11, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The revised post-trial briefing schedule is approved. Sentencing is adjourned to June 21, 2023 at 10 a.m. The Clerk of the Court is respectfully directed to terminate the motions, docs. 261 and 262.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 1/23/2023
> New York, New York

Re:   *United States v. Trevor Milton*, S1 21 Cr. 478 (ER)

Dear Judge Ramos:

      The Government writes on behalf of the parties regarding the schedule for sentencing in this matter. The Government understands that additional time will be necessary for the United States Probation Office to complete the Presentence Investigation Report and for the parties to draft responsive submissions. Accordingly, the parties respectfully request the schedule to be revised as follows:

- The Government's opposition to the defendant's pending post-trial motions to be submitted on or before January 20, 2023.
- The defendant's reply, if any, to the Government's opposition to be submitted on or before February 3, 2023.
- Sentencing to be held in approximately 90 days, at a date and time convenient to the Court.

Additionally, the defendant requests an opportunity for oral argument on his post-trial motions, while the Government expects that no oral argument will be necessary.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   s/
      Jordan Estes
      Matthew Podolsky
      Nicolas Roos
      Assistant United States Attorneys
      (212) 637-2543/1947/2421

cc:   Counsel of Record (by ECF)