UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States

                Plaintiff,

Case No. 1:21-cr-00478-ER

-against-

Trevor Milton

                Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Bradley J. Bondi**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BB7497  My State Bar Number is: 4432738

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Cahill Gordon & Reindel LLP
FIRM ADDRESS: 32 Old Slip, New York, New York 10005
FIRM TELEPHONE NUMBER: 212-701-3710
FIRM FAX NUMBER: _____

NEW FIRM:
FIRM NAME: Paul Hastings LLP
FIRM ADDRESS: 2050 M St NW, Washington, DC 20036
FIRM TELEPHONE NUMBER: 202 551-1700
FIRM FAX NUMBER: _____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 12, 2023

/s/ Bradley J. Bondi
_____
ATTORNEY'S SIGNATURE