# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robert W. Allen, P.C.
To Call Writer Directly:
+1 212 390 4060
bob.allen@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 28, 2023

**MEMO ENDORSED**

> Nikola's request to file its response under seal is granted. SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: September 29, 2023
> New York, New York

BY CM/ECF

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Milton*, Case No. 21-Cr-478 (ER)

Dear Judge Ramos:

We represent Nikola Corporation ("Nikola") in connection with the above-captioned action. Nikola respectfully requests permission to file under seal a response to Defendant Trevor Milton's September 14, 2023, letter motion (Dkt. 287-1) (the "Letter Motion").

Second Circuit case law permits judicial documents to remain under seal where legitimate privacy interests outweigh the "common law presumption of access." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). The weight of the presumption is based on its value "to those monitoring the federal courts" and may be counterbalanced by "competing considerations." *Id.* The Letter Motion and Nikola's response to the same relate to a confidential arbitration proceeding (the "Arbitration"). As Milton explained in his request to file the Letter Motion under seal, which Your Honor granted, a protective order in the Arbitration requires strict confidentiality with respect to the underlying proceedings and requires applications like Milton's to "be filed under seal, in a manner consistent with the rules of [this Court]." A copy of the protective order is included as Exhibit 1 to the Letter Motion.

Nikola is promptly serving counsel for Milton a copy of this Response.

Respectfully Submitted,

/s/ Robert W. Allen, P.C.
Robert W. Allen, P.C.

CC:   Counsel of Record
      (by CM/ECF)