

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Terence Healy
Partner
Direct Dial: +1 (212) 837-6338
terence.healy@hugheshubbard.com

**MEMO ENDORSED**

October 5, 2023

> Defendant's request to file his reply letter under seal is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 6, 2023
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Milton*, Case No. 21-cr-478 (ER)

Dear Judge Ramos:

We represent Defendant Trevor Milton in this matter and write to respectfully request permission to file under seal the attached letter in reply to Nikola's response to the September 14, 2023 letter motion (the "Reply").

This Court previously granted permission for Mr. Milton to file his September 14, 2023 letter motion (the "Letter Motion") under seal. [Doc. 288.] Subsequently, this Court granted permission for Nikola Corporation ("Nikola") to file its response under seal. [Doc. 291.]

As Mr. Milton previously discussed in his request to file the Letter Motion under seal [Doc. 287], a protective order in the pending arbitration between Mr. Milton and Nikola requires applications like Mr. Milton's to "be filed under seal, in a manner consistent with the rules of [this Court]."[1] Accordingly, Mr. Milton requests this Court's permission to file his Reply under seal.

Mr. Milton is promptly serving counsel for Nikola and counsel of record a copy of this Reply.

Respectfully submitted,

/s/

Terence Healy

---

1. A copy of the protective order is attached as Exhibit 1 to Declaration of Terence Healy, which is attached as Exhibit A to the Letter Motion.

Enclosure

cc:   Counsel of Record (by ECF)

   Robert W. Allen
   Kirkland & Ellis LLP
   901 Lexington Avenue
   New York, NY 10022

110374611_1