# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Robert W. Allen, P.C.<br>To Call Writer Directly:<br>+1 212 390 4060<br>bob.allen@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

November 1, 2023

BY CM/ECF

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Milton*, Case No. 21-Cr-478 (ER)

Dear Judge Ramos:

    We represent Nikola Corporation ("Nikola") in connection with the above-captioned action. On September 14, 2023, Defendant Trevor Milton filed a motion regarding the use of certain materials. (Dkt. 287-1.) Your Honor scheduled a hearing on that motion for November 15, 2023, at 2:30 p.m. (Dkt. 296.) Counsel for Nikola is unfortunately unavailable on that date due to a longstanding conflict in another matter. We accordingly request that the Court reschedule the hearing on this matter for the morning of November 16th, which we understand from Chambers to be available, or another time at the Court's convenience.

    We have conferred with counsel for Mr. Milton, who consents to this request.

                              Respectfully Submitted,

                              /s/ Robert W. Allen, P.C.
                              Robert W. Allen, P.C.

CC:    Counsel of Record
         (by CM/ECF)