# EXHIBIT B

| Letters in Support of Trevor Milton's Sentencing Memorandum |
|---|---|
| **Number** | **Family and Friends** |
| 1 | James Anderson |
| 2 | Andrew Bergmann |
| 3 | Gene Bergmann |
| 4 | Sierra Bergmann |
| 5 | Trina Bloomfield |
| 6 | Gordy Bryan |
| 7 | Dane Davis |
| 8 | Michael Fleming |
| 9 | Russell Graybeal |
| 10 | Dr. Duane and Holly Gustafson |
| 11 | Jeremy Houston |
| 12 | Mitch Jensen |
| 13 | Derek Johnson |
| 14 | Kasey Johnson |
| 15 | Michelle Johnson |
| 16 | Meet Kalola |
| 17 | Chris Keller |
| 18 | Jason McCrea |
| 19 | Bill Milton |
| 20 | Chelsey Milton |
| 21 | Cynthia Milton |
| 22 | Dave and Belle Milton |
| 23 | Drew Milton |
| 24 | Jessica Milton |
| 25 | Lance Milton |
| 26 | Matt Milton |
| 27 | Travis Milton |
| 28 | Ryan Nelson |
| 29 | Matthew Peterson |
| 30 | Dr. Chad Prusmack |
| 31 | Jesse and Karen Rodenbough |
| 32 | Shane Seitz |
| 33 | Troy Wallin |
| 34 | Thomas Wirthlin |
| 35 | Niels Christiansen |