Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos,

Being the wife of Trevor Milton has been one of the most unpredictable journeys of my life. I feel extremely grateful and honored to be his partner. There has been profound and pivotal development, individually, and as a couple throughout our relationship. It has allowed me to experience a great love that I always hoped existed. Through the heaviness of my heart, my love continues to deepen for him amidst our darkest moments. The uncertainty of our future has weighed on us, yet his courage to show up inspires me to continue hope.

The first time I met Trevor, I was completely taken back by his presence alone. I had never met anyone like him in my life. His optimism lived in every part of his being. I wanted to understand how he lived with such compassion and ambition. His desire to make the world a better place showed the purity of his heart. Once I understood Trevor's true character, I knew he was the one. Our belief in building together was aligned in love, respect, and trust. His life became my life, his heart became my heart, with our souls intertwined.

The sacrifices it took to build this dream were painful, yet so rewarding. It felt as if time was taken from us, even though it was just dedicated elsewhere. We always had one foot in the future in order to build at such a fast rate. The pressure of the situation continued to increase. Everything personally was put on the line in order for the dream to live on. I remember many sleepless nights of worry. Being responsible for a number of employees and their families felt daunting. We had become a work family that all believed in building this dream for the world. As the intensity increased with growth, I could feel the stress shaving years off our lives. We could put this aside if we had each other, and the beautiful Nikola family support. Building up all ships to create a unified fleet is no easy task. Watching Trevor refine his leadership skills during this time was beautiful to witness. He inspires employees to work hard, believe in the

**Ex. B-20**

importance of their role, and strengthens their desire to grow and develop their skill.  His belief evokes belief in others in miraculous ways.  It unifies teams of people to believe in the impossible to become possible.  This has promoted building a culture of unity in our family, friendships, and within our employees.

I have never witnessed an individual with as much dedication and perseverance as Trevor.  His bravery, compassion, and commitment allowed for the growth and success of our marriage, as well as the company.  One of the most admirable attributes that I have personally learned, from Trevor, is his optimism.  It is something he was able to cultivate from his mother, whom I will forever feel an immense amount of gratitude for.  It is a characteristic that can be transformative.  It has guided him to believe in the good of people.  I believe it also leads him to give.  I have witnessed moments of generosity that have changed the trajectory of one's future.  I know this is one of the reasons why I have needed this man in my life.  The example he has set inspires me to do the same.  He is my north star, my glimmer of hope, and has taught me to dream.  Trevor's heart has the capability to purify situations in remarkable ways.

As I sit here today and reflect on the years of destruction, it actually started with me.  Over four and half years ago, I was writing letters to my loved ones on my deathbed.  I was hoping for my goodbyes, and words of truth, love, and gratitude to be documented.  I needed assistance with driving, walking, cooking, and bathing.  I believed my time on this earth was over.  The fight to stay alive seemed to be a purposeless existence.  In my eyes, I could no longer function in my role as a wife, daughter, friend, or active member in society.  Trevor was in panic.  He was being pulled to my side in intense worry, yet responsible for the continuation of hundreds of peoples livelihoods.  The growth had to continue in order to secure the success of the company. Trying to emotionally balance these extremes was a very painful part of our marriage.  The suffering during this part of our lives felt excruciating.

I now see my husband experiencing these same emotions I faced many years ago.  The agony seems to be unbearable some days.  I continue to fight for my life during this time, all while watching my husband feel the depths of pain and betrayal.  It feels as if it may take both of us in the end.  Self preservation can be a double edged sword.  I have now witnessed the hearts of men change over fear, power, and greed.  Our world is programming us to fall into this trap.

Through it all, Trevor and I are learning to honor our pain, which allows us to transform our perception.  Our discernment continues to be refined at a rapid rate in our actions, relationships, and finding continuation towards hope.  I know there is a better way forward.  Our trials have felt more and more challenging as we progress through time, yet our relationship continues to grow deeper in love and admiration.  I didn't know a partnership could exist in this way.  The evolution of our growth will be cherished for my lifetime.

Because of my many limitations, we have had to live a life that gives me consistency on a day to day basis.  I believe this has allowed us to stay grounded in many ways.  Although the emotions of defeat, unworthiness, and failure can haunt me regularly, it also shows me Trevor's compassion, patience, and unconditional love.  He has developed into a wonderful husband, as well as a caretaker.  I hope and pray I heal, so I can give him the nourishment I desire to give, as a wife and hopefully mother, one day.  We have yet to fall victim to our suffering, we have continued to support each other, our family, our friends, and community, to the best of our ability at this time.  Our continued desire to create together keeps our spirits up in hopes for a family of our own.  We hope to continue our passion for serving others, being valiant caretakers of the land, and the continuation of creating beautiful spaces and experiences to share with others.  I know Trevor and I are needed in this world together, in order to approach our passions with clear minds and open hearts.  I take this as an immense responsibility. We have the potential to create measurable change for the greater good in this world.

Trevor is the most important person in my life.   It has been my greatest privilege to see him and know him.   He is the man who has my complete admiration.  He is my warrior of truth and honor.  The purity of our hearts together continue to bless each other and our community.

I appreciate you taking the time to better understand our story and my husband's character.  I honor your time and effort to keep our justice system integritous.  I hope and pray your heart can lead to grace.

May we all be well with light and love,

Chelsey Milton

Ex. B-20