# Statement 1

Samuel Lowell

December2, 2023

United States Attorneys Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Re:  United States v. Defendant(s) Trevor Milton
      Case Number 2020R00972 and Court Docket Number 21-CR-00478

Honorable Judge Edgardo Ramos:

I am writing this Victim Impact Statement regarding the sentencing of Trevor Milton, whose purposeful lies, deceitfulness, and fraud have not only pilfered tens of thousands of dollars from me and my family, but have also eroded my trust in making investment decisions, and have caused me to feel to experience a great deal of shame, anguish, and sleepless nights. I am certain this Honorable Court is very familiar with all the bad conduct that Mr. Milton engaged in, so I will keep my comments brief.

Sometime during the beginning of the Summer of 2020, I began reading about Mr. Milton and Nikola Corp after seeing him on various television shows on CNBC. As a truck driver, I was intrigued by the promise of hydrogen technology being able to power semi-trucks. I watched a video of a Nikola truck appearing to drive effortlessly. I read of Nikola's partnership with GM to build the Tre truck. I learned that Nikola purported to have found a way to produce hydrogen inexpensively.

After doing what I thought was a significant amount of due diligence, I made the decision to invest $21,650 in Nikola Corp. on September 9th, 2020. Hindenburg Research released their devastating report the very next day. At first, I did not want to believe what was outlined in that report. I bought into the lie that its authors were short sellers who were just trying to tank the stock price. I did not want to face the truth that I had been so easily conned by Mr. Milton. By the time that the truth became apparent to me, I had lost well over 90% of my initial investment. I still own the original shares today. They are worth less than $500.

I am asking this Court for a couple of things. Number one is, to the extent that it is possible, I would like Mr. Milton to be forced to reimburse his victims for their losses. Paying restitution is a core element of our criminal justice system. I am not certain whether he has the financial means to pay back everyone for everything that they lost, but it would certainly be a travesty if he was able to walk away profiting from his lies. It was gut wrenching to learn that he apparently has enough money to donate tens of millions of dollars to the LDS Church in an obvious ploy to buy sympathetic letters of mercy. He also has enough money to contribute tens of thousands of dollars to the Utah's Attorney General, it what seems like an overt scheme to avoid prosecution for a separate criminal manner. If he has enough money to make those donations, he should have enough money to make me whole.

I also believe a significant prison sentence is warranted. I am not an eye-for-an-eye kind of person. I am a Christian, and I believe the number one thing we can do in life is forgive someone when they do something wrong. I forgive Mr. Milton, but my forgiveness should not allow him to escape consequences. I do not know Mr. Milton personally, but I believe that he is an utter fraud through and through. He is someone who has told so many lies that he cannot discern what is true and what is not. He is pathological. I am certain that he will present as an idealistic young man who got caught up by the pressure and took it too far. I am asking for the Court to not be sold by this farce. Mr. Milton needs a long prison sentence to fully appreciate the real harm that he caused.

Thank you for taking the time to hear my voice. I will pray that you make a just decision.


Respectfully,




Samuel Lowell

# Statement 2

# VICTIM IMPACT STATEMENT

Victim: Bryan kelly
USAO Number: 2020R00972
Court Docket Number: 21-CR-00478

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I incurred a loss of $350,000 in NKLA stock as a result of false statements made by Trevor Milton.

# Statement 3

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | georges nehmé · _____ |
| **Sent:** | Tuesday, December 12, 2023 2:34 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] corrected from previous statement .... U.S. Department of Justice - VNS - Investigative Case 3240669-MF - Court Case 21-CR-00478 |

: U.S. Department of Justice - VNS - Investigative Case 3240669-MF - Court Case 21-CR-00478

Your respectful honor,
My name is Georges Nehme and I'm one of the victims of Mr. Trevor Milton.
What he did wasn't a mistake or on the spot decision or lets say going through difficulties and had to make a bad decision which sometimes is understandable and forgivable but he planned and studied  the idea  , explored it, expanded it , analyzed it and went with his evil plan on purpose and with the intentions of screwing others and enriching himself , he knew what he was doing and signed up for it and kept stating that he didn't do anything wrong and not accepting responsibility till this day , he knew since his plan that this court day will come, he knew he will have a good lawyer, he knew he will fight the charge and he knew he will serve less than 11 years and he knew he will get out in a certain time and how to work the system.
I invested in this company and lost around $70000 while he pocketed millions of free shares that they are evaluated low value bur eventually will be worth over a billion in the future if he will still hold them( buy out or merge eventually ).
 I always believed the justice is created from the best country in the world which is the United States of America and that why I did immigrate here from 3rd world country who politicians and leaders stole all people money and come to find out that people as Trevor Milton who knows the system very well and he knows that probably even if he gets sentenced and with his power and connections and appeals and negotiations.... he will be able to get out still as a rich man and for us who are victims and our families and children how is this fair? What lesson are we setting for others if these bad guys have the guts and the nerves to do what Mr. Trevor Milton did , don't they have manners or integrity?
We all make mistakes and stuff but what Mr. Trevor did is unbelievable and exceed the mind, he didn't care about consequences because he knows how to beat the system probably and how to work it.

The pain and suffering he caused me and the way he seduced investors is very disgusted way and while god asked us to forgive our enemies, I'm sorry Mr. Trevor I won't forgive you, you took this money from my children futures and you are still going to be a millionaire when you get out. We go to other countries to imply justice but what about justice for our own people here your honor.

I'm asking the court that Mr. Trevor wealth be evaluated same as it was before Nikola was created  and forfeit and pay back any money earned in income ,shares and properties occurred after acquiring Nikola and Mr. Trevor be responsible for all fees or penalty after Nikola creation.
He probably is going to say he has a kid at home and a family but he knew what he signed up for and what about our kids and families and how he tricked us to invest and kept denying everything.

There is people that spent time in prison for a drug charge for 20 years and Mr. Milton who screwed and manipulated investors and under estimated the government will walk free less than 11 years, we need please your honor to set an example for all others.

I do apologize if I said something that your honor didn't like.

Hopefully Mr. Trevor will get what he deserves.
I know I won't get my money back because I sold for loss , you just have to carry that pain and live with it.

I do Appreciate you and thank your Honor for your hard work serving best nation in the world,

1

Georges Nehme

and you.
statement can be emailed ...

# Statement 4

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Watch Group |
| **Sent:** | Wednesday, October 25, 2023 7:59 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Trevor Milton financial loss. |

I lost $42,000 from the Trevor Milton Nikola scam

In addition, Trevor publicly humiliated me and damaged my reputation on Twitter and Facebook by referring to me as a short seller who was trying to drive the price down.  I was super pumped about Nikola and built a forum on Facebook that gained over 20,000 followers.  He also made negative statements aimed at me and my group on Fox Business channel on TV.

I was significantly harmed more than the average investor.  He also gave me advice via direct messagi g to buy and hold the stock... after I had already lost $42,000.

My life has not been the same ever since then.  It was an experience that harmed me more than just financially.

I hope this information is helpful.

I would like restitution if possible.

Sincerely,
Terry Allison
Official DOJ Victim of Trevor Milton

# Statement 5

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, October 30, 2023 10:08 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Re: U.S. Department of Justice – VNS – Investigative Case 3240669-MF – Court Case 21-CR-00478 |

Hi,

Please see my victim impact statement below.

Thank you.
-David


VICTIM IMPACT STATEMENT

Victim: David Waruiru
USAO Number: 2020R00972
Court Docket Number: 21-CR-00478

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

On September 8, 2020 I bought 860 shares of NKLA @ 49.1994 believing it to be a sound investment. On September 10, 2020 Hindenburg research published their findings on NIKOLA and the stock fell. On September 18, 2020 I had to sell 860 shares NKLA @ 33.7028. Because of the falsehoods at Nikola (NKLA), I lost $13,772.85 of my retirement dollars.


> On 10/24/2023 5:41 PM EDT U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov> wrote:
>
>
> DO NOT REPLY TO THIS EMAIL.
>
>
>
> October 24, 2023       U.S. Department of Justice
> Southern District of New York
> One St. Andrews Plaza
> New York, NY 10007
> Phone: (212) 637-1028
> Fax: (212) 637-0421
>
>  David Waruiru
>
>
> Re:    United States v. Defendant(s) Trevor Milton

# Statement 6

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Christian Toman _____ |
| **Sent:** | Sunday, October 29, 2023 9:41 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: U.S. Department of Justice - VNS - Investigative Case 3240669-MF - Court Case 21-CR-00478 |

Hello,

Per the below email, I am writing this email to disclose the financial damages Trevor Milton notoriously inflicted of $3,805.32 onto me through false statements on company Nikola.

I and like most investors put their money into stocks for Nikola based on the ever changing electric vehicle business model to change over the road freight carriers while making their trucks more sustainable using battery power & introducing hydrogen fuel cells.

If you need anything else please let me know.

Thank you,


Christian Toman
_____


---------- Forwarded message ---------
From: **U.S. Department of Justice - VNS** <fedemail@vns.usdoj.gov>
Date: Tue, Oct 24, 2023 at 4:40 PM
Subject: U.S. Department of Justice - VNS - Investigative Case 3240669-MF - Court Case 21-CR-00478
To: Christian Toman <cttoman@gmail.com>


DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
**Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Phone: (212) 637-1028
Fax: (212) 637-0421

October 24, 2023

Christian Toman

Re:   United States v. Defendant(s) Trevor Milton
       Case Number 2020R00972 and Court Docket Number 21-CR-00478

# Statement 7

# Victim Impact Statement
October 24, 2023

Victim: Robert Rahn

USAO Number: 2020R00972

Court Docket Number: 21-CR-00478

As a novice investor, I would always do my due diligence to research a company prior to investing in that company. When I came across NIKOLA and looked at the research and forward looking "purchase orders" I was excited about this company and the future of EV vehicles/trucks.

When I watched on the internet and the company's website, seeing the EV semi-truck being driven on the road, it led me to believe that this was a great time to invest in the EV market and it appeared Nikola was the leader in the industry.

I purchased 500 shares, which is a lot for me to do with being a county employee at the time. To date I have lost $16,461.97, with this fraudulent company. This has impacted my retirement plans, not to mention the stress and embarrassment this has caused me.

I would appreciate any restitution that can be afforded to me and Mr. Milton should be no longer allowed to participate with the SEC in any way shape or form. He has become rich on other people's money and false hopes of bringing a company to its full potential. I'm appalled by his miss-representation and false illusions that he actually had a working truck and took advantage of many people. I would also like to see the company publicly recognize the wrong doings to it's investors.

Robert J Rahn

# Statement 8

Liejo Supoto

US Department of Justice
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

August 22, 2023

Victim Impact Statement

United States Attorney's Office,

I am writing to convey the profound and lasting effects of Milton Trevor's deception on my personal and professional life. As an individual who prided myself on due diligence and careful judgment, the betrayal I experienced is not just financial or professional; it is deeply personal.

When Mr. Trevor presented the prototype of the semi-truck, he assured us of its operational status. I was led to believe that we were on the cusp of witnessing revolutionary technology that could change the face of the transport industry. He also promised the introduction of the 'Badger' small truck, a vehicle that, as it turned out, never even existed. His claims that the semi-truck was not a mere pusher and that it was fully functional were taken in good faith. I based decisions, both financial and strategic, on these assurances.

Imagine the depth of betrayal when it was revealed that the spectacle of the truck "driving" was nothing more than a ruse, with it being towed to the top of a hill and merely allowed to coast down. The disappointment was further compounded by the realization that the much-anticipated 'Badger' was merely another fabrication. Such revelations don't just shatter trust; they undermine faith in genuine innovation and tarnish the image of genuine entrepreneurs who work diligently to bring their visions to life.

Furthermore, based on Mr. Trevor's assurances and presentations, I invested a significant amount of money into Nikola. The financial implications of this deception are tangible and immediate. Investments were made, and plans were drawn based on the premise of a working prototype and the promise of forthcoming innovations like the 'Badger'. Beyond the evident financial loss,

there's an emotional and psychological toll. The faith I placed in Mr. Trevor, the hope I harbored for a revolution in the industry, and the trust I extended have all been violated, leaving me with financial losses and a tarnished belief in entrepreneurial promises.

Mr. Trevor did not limit his deceit to a controlled group of stakeholders. By choosing to appear on television, social media, and other public platforms, he not only amplified his lies but also positioned himself as a representative of the industry's future. Such actions don't just harm direct victims like me but erode public trust in technological advancement.

It is essential for the integrity of our industries, the trust of stakeholders, and the faith of the general public that individuals like Mr. Trevor are held accountable for their actions. Truth and authenticity must be the cornerstones upon which we build our future, and it's imperative that those who undermine these principles face the consequences of their actions.

Thank you for your attention to this matter.

Sincerely,

Liejo Supoto

# Statement 9

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Ian Sharp |
| **Sent:** | Friday, September 10, 2021 12:36 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | Larry Dalman |
| **Subject:** | Trevor Milton - Nikola Corporation case |
| **Attachments:** | BluLng.HB..pdf |

Dear Ms. Olsen (Wendy):

Thank you for taking my call earlier this morning regarding the Nikola Corporation, Trevor Milton fraud case.

I have been following the developments since around 2016 when a colleague from Chrysler informed me of Nikola's existence, and the mirror image to my work in this area.

I am intimately involved in this case as my information was used, not authorized by myself, to initiate the foundation of Nikola from a 30 page (pdf) investment deck of material I sent to a number of companies in 2012-13 looking for funding. One of them was Worthington Industries who formed Nikola. The then CEO of Worthington, Mr. Mark Russell, used Worthington's capital to seed fund Nikola, then became the CEO of Nikola.

In the first iteration of Nikola's website to solicit funding they even had the audacity to use the graphics, slightly modified to separate it from my PDF deck, of my slide 14 in my attached investment deck.

The big lie at 1:10 into this video . . . .https://www.youtube.com/watch?v=Mq9ZQLwgWrl  hard to swallow at his crass boldface lie, which this company was based on from the companies outset.

Another company was BLU Lng, who unbeknownst to myself was also involved in setting up Nikola using my I.P., as the people were and are all connected by the Mormon (Church of LDS) religion. Physically Nikola, which was initially called Blugentech, I later came to find out was located less than 100 yds across the street from Blu LNG in the same Utah business park.

This company was set up predicated on a lie, that Trevor Milton came up with this idea and concept at 6 years old from his dad taking him on trains, and somebody saying they will make trucks this way one day. It would be hard to imaging a more bogus explanation of the genesis of this concept when I had already proposed it to Walmart in 2007, and they went ahead again without my authorization to build another poor example of what can be achieved called the "Walmart Wave Truck". This lady who did this at Walmart is now at Nikola ironically.

If I may,  I would like to compile a more detailed explanation with a timeline of events from my perspective, as not only did these people (Milton and Associates) defraud $ investors they defrauded me of 30 years of work in this area, and in fact defrauded the country. With correct engineering, which we at Hybine have in place, we could have had zero emission trucks on the road some 6 years ago helping climate issues that we are experiencing today.

FYI – I am working with a Mr. Larry Dalman of Dalman Investigations who is a much respected Michigan State Police forensics IT officer (retired) who has imaged my hard drives that contain this information from numerous HD crashes over the years. It contains a great deal of my email communications with individuals involved in this case.

With every best wish,

Respectfully,

Ian Mackenzie Sharp

# Statement 10

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | L S |
| **Sent:** | Tuesday, December 12, 2023 11:27 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | [EXTERNAL] Defendant(s) Trevor Milton Case Number 2020R00972 and Court Docket Number 21-CR-00478 |

Hello.

The Trevor Milton fraud he committed has had a very bad effect on me, on my mental health as well as on my family, because because of him I lost the money I worked for 17 years and in addition I lost the best time of my first child, whom I was not able to take care of much because of the daily nerves in stress due to the daily drop in the price of Nikola Corporation shares. I would like to get my money back. The fact that Trevor Milton will go to jail doesn't satisfy me because when I don't get my lost money back it won't do me any good.

Yours sincerely Lukas Slowik

Sent using Zoho Mail