UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:
    - v. -
:    PRELIMINARY ORDER OF
   FORFEITURE AS TO SPECIFIC
:    PROPERTY
TREVOR MILTON,
:    S1 21 Cr. 478 (ER)
        Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 22, 2022, TREVOR MILTON, (the "Defendant"), was charged in a four-count Superseding Indictment, S1 21 Cr. 478 (ER), (the "Indictment"), with securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2 (Count One); securities fraud, in violation of Title 18, United States Code, Sections 1348 and 2 (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Four);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

        WHEREAS, on or about October 14, 2022, following a jury trial, the Defendant was found guilty of Counts One, Three, and Four of the Indictment;

WHEREAS, the real property known as Wasatch Creeks Ranch, located in Morgan County, Utah, and consisting of approximately 4678 acres of real property and improvements located and identified as Morgan County Assessor Parcel Numbers: 00-0071-6119; Serial No. 01-002-059-02-1, 00-0000-1790; Serial No. 01-002-061, 00-0000-2061; Serial No. 01-002-087, 00-0000-11 13; Serial No. 01-002-020, 00-0000-1261; Serial No. 01-002-034, 00-0000-2095; Serial No. 01-002-088, 00-0000-2103; Serial No. 01-002-089, 00-0000-2053; Serial No. 01-002-086, 00-0000-1816; Serial No. 01-002-062-01, 00-0085-0252; Serial No. 01-002-056-07, 00-0085-0173; Serial No. 01-002-056-06 and 00-0000-2079; Serial No. 01-002-087-01, as such real property and improvements are more particularly described in Exhibit A attached hereto and incorporated herein, constitutes proceeds traceable to the commission of the offense charged in Count Four of the Indictment (the "Specific Property");

WHEREAS, the Government further seeks the forfeiture of all the Defendant's right, title and interest in the Specific Property, which constitutes property derived from proceeds traceable to the commission of the offense charged in Count Four of the Indictment that the Defendant personally obtained; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count Four of the Indictment, for which the Defendant was found guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, TREVOR MILTON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii)

shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____                    _____
HONORABLE EDGARDO RAMOS                            DATE
UNITED STATES DISTRICT JUDGE

E  152609   B 365 P 1635

Exhibit "A"

PARCEL 1:
(SERIAL NO. 00-0071-6119 PARCEL NO. 01-002-059-02-1)

A PARCEL OF LAND SITUATE IN GOVERNMENT LOT 7 OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A FOUND ORIGINAL STONE MARKING THE NORTHEAST CORNER OF SECTION 6 AND RUNNING 552.60 FEET SOUTH 00°10'32" EAST ALONG THE EAST SECTION LINE TO THE NORTHEAST CORNER OF LOT 8; THENCE 1295.42 FEET SOUTH 89°40'01" WEST ALONG THE NORTH LINE OF LOT 8 TO THE NORTHEAST CORNER OF SAID LOT 7 WHICH POINT IS THE TRUE POINT OF BEGINNING AND RUNNING THENCE SOUTH 00°00'41" EAST 1030.03 FEET ALONG THE EAST LINE OF SAID LOT 7 TO A POINT ON A COMMON LINE OF BOUNDARY AGREEMENT UPON WHICH A FENCE IS TO BE CONSTRUCTED; THENCE FOLLOWING SAID LINE OF BOUNDARY AGREEMENT THE FOLLOWING FIFTEEN COURSES 1) NORTH 53°04'49" WEST 72.16 FEET 2) NORTH 64°31'12" WEST 105.90 FEET 3) NORTH 66°46'59" WEST 97.31 FEET 4) NORTH 51°54'28" WEST 115.34 FEET 5) NORTH 38°58'37" WEST 58.30 FEET 6) NORTH 42°38'20" WEST 69.81 FEET 7) NORTH 34°00'56" WEST 177.84 FEET 8) NORTH 51°59'34" WEST 131.53 FEET 9) NORTH 65°46'07" WEST 138.99 FEET 10) NORTH 52°54'20" WEST 115.19 FEET 11) NORTH 57°18'05" WEST 169.31 FEET 12) NORTH 60°39'45" WEST 111.98 FEET 13) NORTH 55°18'27" WEST 90.98 FEET 14) NORTH 31°23'44" WEST 156.66 FEET 15) NORTH 17°06'29" WEST 42.81 FEET TO A POINT OF INTERSECTION WITH THE NORTH LINE OF SAID LOT 7; THENCE NORTH 89°40'01" EAST 1248.13 FEET ALONG THE NORTH LINE OF SAID LOT 7 TO THE NORTHEAST CORNER OF SAID LOT 7 SAID CORNER ALSO BEING THE TRUE POINT OF BEGINNING.
BASIS OF BEARING IS NORTH 89°29'51" WEST 4300.65 FEET MEASURED BETWEEN THE FOUND ORIGINAL STONE MARKING THE SOUTHWEST CORNER OF SECTION 31, TOWNSHIP 1 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN AND THE FOUND ORIGINAL STONE MARKING THE NORTHEAST CORNER OF SAID SECTION 6.

PARCEL 2:
(SERIAL NO. 01-002-061 PARCEL NO. 00-0000-1790)

ALL OF SECTION 7, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.
AND ALL OF LOTS 18, 21, 22, 23, AND 24, SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.
LESS AND EXCEPTING THEREFROM ANY PORTION OF LAND CONVEYED IN THAT CERTAIN QUIT CLAIM DEED RECORDED JANUARY 10, 1989 AS ENTRY NO. 57169 IN BOOK M68 AT PAGE 44, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
A TRACT OF LAND SITUATE IN THE EAST HALF (LOT 18, GENERALLY) OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN. U. S. SURVEY, MORGAN COUNTY, UTAH, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHWEST CORNER OF SAID SECTION 6; THENCE SOUTH 00°12'24" WEST 5753.238 FEET; THENCE NORTH 89°25'00" EAST 2740.430 FEET TO THE TRUE POINT OF BEGINNING:

E  152609   B 365  P 1636

THENCE NORTH 03°40'00" WEST 1268.520 FEET ALONG AN EXISTING FENCE LINE; THENCE EAST 660.000 FEET; THENCE SOUTH 03°41'05" EAST 1261.812 FEET; THENCE SOUTH 89°25'00" WEST 660.000 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPTING THEREFROM THOSE PORTIONS CONVEYED IN THAT CERTAIN BOUNDARY ADJUSTMENT AND EXCHANGE AGREEMENT (INCLUDING SPECIAL WARRANTY DEEDS) RECORDED JUNE 03, 2005 AS ENTRY NO. 99441 IN BOOK 217 AT PAGE 325, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

> A PARCEL OF LAND SITUATE IN THE NORTH HALF OF GOVERNMENT LOTS 21 AND 22 OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> COMMENCING AT A FOUND ORIGINAL STONE MONUMENT FOR THE CLOSING CORNER AT THE SOUTHEAST CORNER OF SECTION 1, TOWNSHIP 2 NORTH, RANGE 2 EAST, SALT LAKE BASE AND MERIDIAN AND RUNNING THENCE 120.36 FEET NORTH 00°30'02" EAST ALONG THE WEST LINE OF SAID SECTION TO THE TRUE POINT OF BEGINNING WHICH IS A POINT ON A COMMON LINE OF BOUNDARY AGREEMENT AND RUNNING THENCE NORTH 00°30'02" EAST 657.80 FEET ALONG THE WEST LINE OF SAID SECTION TO THE NORTHWEST CORNER OF LOT 21; THENCE SOUTH 89°35'36" EAST 2658.94 FEET ALONG THE NORTH LINE OF LOTS 21 AND 22 TO THE NORTHEAST CORNER OF LOT 22; THENCE SOUTH 01°22'08" EAST 13.20 FEET TO A POINT ON A COMMON LINE OF BOUNDARY AGREEMENT UPON WHICH A FENCE LINE IS TO BE CONSTRUCTED; THENCE FOLLOWING SAID LINE OF BOUNDARY AGREEMENT THE FOLLOWING TWENTY-EIGHT COURSES 1) SOUTH 45°47'41" WEST 64.53 FEET 2) SOUTH 81°57'40" WEST 98.84 FEET 3) SOUTH 51°03'06" WEST 102.91 FEET 4) SOUTH 65°42'22" WEST 296.84 FEET 5) SOUTH 50°32'24" WEST 90.81 FEET 6) SOUTH 79°22'09" WEST 162.53 FEET 7) SOUTH 75°12'50" WEST 232.60 FEET 8) SOUTH 76°18'53" WEST 86.37 FEET 9) SOUTH 74°19'08" WEST 88.40 FEET 10) SOUTH 73°33'28" WEST 106.08 FEET 11) SOUTH 78°30'08" WEST 132.38 FEET 12) SOUTH 70°15'43" WEST 141.88 FEET 13) SOUTH 54°35'42" WEST 42.28 FEET 14) SOUTH 40°21'14" WEST 44.03 FEET 15) SOUTH 56°57'59" WEST 54.85 FEET 16) SOUTH 81°44'04" WEST 33.18 FEET 17) NORTH 81°25'07" WEST 122.61 FEET 18) NORTH 56°26'23" WEST 81.90 FEET 19) NORTH 81°22'15" WEST 115.56 FEET 20) NORTH 81°20'33" WEST 72.53 FEET 21) SOUTH 79°33'46" WEST 67.98 FEET 22) NORTH 89°51'25" WEST 126.47 FEET 23) NORTH 85°12'23" WEST 120.54 FEET 24) SOUTH 84°12'23" WEST 83.52 FEET 25) SOUTH 65°40'55" WEST 101.15 FEET 26) SOUTH 68°35'09" WEST 82.36 FEET 27) SOUTH 86°10'10" WEST 69.81 FEET 28) NORTH 83°34'45" WEST 29.34 FEET TO THE POINT OF BEGINNING.
> BASIS OF BEARING IS SOUTH 00°16'06" EAST 519.04 FEET BETWEEN THE ORIGINAL STONE FOUND MARKING THE CLOSING CORNER AT THE SOUTHEAST CORNER OF SECTION 1 AND THE ORIGINAL STONE FOUND MARKING THE SOUTHWEST CORNER OF SECTION 6.

THAT PORTION OF LOT 18 OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN LYING NORTH OF THE FOLLOWING DESCRIBED "LAZY H PARCEL 2 SOUTH LINE" AND WEST OF THE FOLLOWING DESCRIBED "LAZY H PARCEL 2 EAST LINE":

LAZY H PARCEL 2 SOUTH LINE: COMMENCING AT A FOUND ORIGINAL STONE MONUMENT FOR THE CLOSING CORNER AT THE SOUTHEAST CORNER OF SECTION 1, TOWNSHIP 2 NORTH, RANGE 2 EAST, SALT LAKE BASE AND MERIDIAN AND RUNNING THENCE 778.16 FEET NORTH 00°30'02" EAST ALONG THE WEST LINE OF SAID SECTION TO THE NORTHWEST CORNER OF GOVERNMENT LOT 21; THENCE 2672.72 FEET SOUTH 89°35'36" EAST ALONG THE NORTH LINE OF GOVERNMENT LOTS 21, 22 AND 18 TO A POINT ON A COMMON LINE OF BOUNDARY AGREEMENT, WHICH POINT IS THE TRUE POINT OF BEGINNING; THENCE NORTH 45°47'41" EAST 15.32 FEET TO A POINT ON AN EXISTING FENCE; THENCE NORTH 89°41'59" EAST 60.55 FEET ALONG AN EXISTING FENCE LINE TO A FENCE CORNER; THENCE NORTH 02°36'22" WEST 80.79 FEET ALONG AN EXISTING FENCE LINE TO A POINT ON A COMMON LINE OF BOUNDARY AGREEMENT UPON WHICH A FENCE LINE IS TO BE CONSTRUCTED; THENCE FOLLOWING SAID LINE OF BOUNDARY AGREEMENT THE FOLLOWING NINE COURSES 1) NORTH 77°03'06" EAST 39.61 FEET 2) NORTH 80°01'49" EAST 75.33 FEET 3) NORTH 72°30'22" EAST 60.73 FEET 4) SOUTH 80°10'35" EAST 59.04 FEET 5) SOUTH 78°45'01" EAST 54.84 FEET 6) SOUTH 71°28'44" EAST 108.67 FEET 7) NORTH 85°38'47" EAST 148.00 FEET 8) NORTH 74°06'33" EAST 116.30 FEET 9) NORTH 66°52'36" EAST 40.80 FEET TO A POINT ON AN EXISTING FENCE LINE, WHICH POINT IS THE POINT OF ENDING.

LAZY H PARCEL 2 EAST LINE: COMMENCING AT THE POINT OF ENDING OF THE LAZY H PARCEL 2 SOUTH LINE (DESCRIBED ABOVE), WHICH IS THE POINT OF BEGINNING OF THE LAZY H PARCEL 2 EAST LINE; THENCE ALONG AN EXISTING FENCE LINE NORTH 03°00'16" WEST 704.81; THENCE CONTINUING ALONG THE EXISTING FENCE LINE NORTH 05°17'03" WEST 469.80 FEET, MORE OR LESS, TO THE NORTH LINE OF SAID LOT 18, WHICH POINT IS THE POINT OF ENDING.

ALSO LESS AND EXCEPTING THAT PORTION CONVEYED BY THAT CERTAIN AGREEMENT AND CROSS-CONVEYANCE RECORDED AUGUST 17, 2016 AS ENTRY NO. 139066 IN BOOK 329 AT PAGE 900, AS CORRECTED BY THAT CERTAIN CORRECTIVE AGREEMENT AND CROSS-CONVEYANCE RECORDED MAY 31, 2017 AS ENTRY NO. 141727 IN BOOK 335 AT PAGE 1792, SAID PORTION BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

A PARCEL OF LAND LOCATED IN LOTS 18, 19, 21, 22 AND 23 OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, MORGAN COUNTY, UTAH, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN NORTH 00°08'24" WEST 518.98 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 6, AND THENCE ALONG SAID LINE NORTH 00°08'24" WEST 209.07 FEET; THENCE NORTH 80°14'35" EAST 154.49 FEET; THENCE NORTH 76°05'37" EAST 355.99 FEET; THENCE NORTH 86°23'17" EAST 203.16 FEET; THENCE NORTH 87°24'17" EAST 259.92 FEET; THENCE NORTH 84°14'57" EAST 263.50

E  152609  B 365  P 1638

FEET; THENCE NORTH 83°46'11" EAST 390.71 FEET; THENCE NORTH 76°38'29" EAST 356.43 FEET; THENCE NORTH 52°04'46" EAST 294.81 FEET; THENCE NORTH 69°43'22" EAST 253.03 FEET; THENCE NORTH 06°09'00" EAST 7.45 FEET; THENCE SOUTH 89°52'21" EAST 223.53 FEET; THENCE NORTH 45°12'58" EAST 34.95 FEET; THENCE NORTH 89°07'16" EAST 60.55 FEET; THENCE NORTH 03°11'05" WEST 80.79 FEET; THENCE NORTH 76°28'23" EAST 39.61 FEET; THENCE NORTH 79°27'06" EAST 75.33 FEET; THENCE NORTH 71°55'39" EAST 60.73 FEET; THENCE SOUTH 80°45'18" EAST 59.04 FEET; THENCE SOUTH 79°19'44" EAST 54.84 FEET; THENCE SOUTH 72°03'27" EAST 108.67 FEET; THENCE SOUTH 75°21'23" WEST 280.11 FEET; THENCE NORTH 89°30'36" WEST 88.38 FEET; THENCE SOUTH 48°43'06" WEST 11.47 FEET; THENCE SOUTH 60°41'45" WEST 14.34 FEET; THENCE SOUTH 62°16'09" WEST 664.56 FEET; THENCE SOUTH 71°52'50" WEST 1212.24 FEET; THENCE SOUTH 85°07'43" WEST 584.55 FEET; THENCE SOUTH 83°33'51" WEST 417.34 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPTING THAT PORTION CONVEYED BY THAT CERTAIN BOUNDARY LINE AGREEMENT RECORDED MAY 31, 2017 AS ENTRY NO. 141731 IN BOOK 335 AT PAGE 1808, SAID PORTION BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
A PARCEL OF LAND LOCATED IN LOTS 18, 19, 21, 22 AND 23 OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, MORGAN COUNTY, UTAH, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN WHICH IS NORTH 00°08'24" WEST 518.98 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 6, AND THENCE ALONG SAID LINE NORTH 00°08'24" WEST 778.22 FEET TO THE NORTHWEST CORNER OF LOT 21 OF SAID SECTION 6; THENCE SOUTH 89°52'21" EAST 2653.22 FEET ALONG THE NORTH LINE OF LOT 21 AND LOT 22; THENCE NORTH 45°12'58" EAST 34.95 FEET; THENCE NORTH 89°07'16" EAST 60.55 FEET; THENCE NORTH
03°11'05" WEST 80.79 FEET; THENCE NORTH 76°28'23" EAST 39.61 FEET; THENCE NORTH 79°27'06" EAST 75.33 FEET; THENCE NORTH 71°55'39" EAST 60.73 FEET; THENCE SOUTH 80°45'18" EAST 59.04 FEET; THENCE SOUTH 79°19'44" EAST 54.84 FEET; THENCE SOUTH 72°03'27" EAST 108.67 FEET; THENCE SOUTH 75°21'23" WEST 280.11 FEET; THENCE NORTH 89°30'36" WEST 88.38 FEET; THENCE SOUTH 48°43'06" WEST 11.47 FEET; THENCE SOUTH 60°41'45" WEST 14.34 FEET; THENCE SOUTH 59°24'39" WEST 143.95 FEET; THENCE SOUTH 66°57'27" WEST 89.58 FEET; THENCE SOUTH 62°15'09" WEST 494.54 FEET; THENCE SOUTH 73°11'01" WEST 462.73 FEET; THENCE SOUTH 70°44'26" WEST 648.29 FEET; THENCE SOUTH 85°27'09" WEST 625.81 FEET; THENCE SOUTH 83°33'51" WEST 417.34 FEET TO THE POINT OF BEGINNING.

ALSO LESS AND EXCEPTING THE NORTHERLY TWENTY ACRES OF LOT 24, SECTION 6, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, AS CONVEYED IN THAT CERTAIN QUITCLAIM DEED RECORDED DECEMBER 18, 2017 AS ENTRY NO. 143520 IN BOOK 340 AT PAGE 1403.

PARCEL 3:
(SERIAL NO. 01-002-087 PARCEL NO. 00-0000-2061)

E  152609   B 365 P 1639

SECTION 18, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN; WEST HALF OF THE NORTHEAST QUARTER, SOUTHEAST QUARTER OF THE NORTHWEST QUARTER, EAST HALF OF THE SOUTHWEST QUARTER AND LOT 4.

PARCEL 4:
(SERIAL NO. 01-002-020 PARCEL NO. 00-0000-1113)

ALL OF SECTION 13, TOWNSHIP 2 NORTH, RANGE 2 EAST, SALT LAKE BASE AND MERIDIAN.

PARCEL 5:
(SERIAL NO. 01-005-034 PARCEL NO. 00-0000-1261)

ALL OF SECTION 24, TOWNSHIP 2 NORTH, RANGE 2 EAST, SALT LAKE BASE AND MERIDIAN.

PARCEL 6:
(Serial No. 01-002-088 Parcel No. 00-0000-2095)

SECTION 19, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

PARCEL 7:
(SERIAL NO. 01-002-089 PARCEL NO. 00-0000-2103)

SECTION 20, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, SOUTH HALF OF THE NORTHWEST QUARTER, SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, NORTHEAST QUARTER OF THE SOUTHWEST QUARTER.

PARCEL 8:
(SERIAL NO. 01-002-086 PARCEL NO. 00-0000-2053)

SECTION 17, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

PARCEL 9:
(SERIAL NO. 01-002-062-01 PARCEL NO. 00-0000-1816)

ALL OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

ALL OF SECTION 8, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

EXCEPTING: SERIAL NO. 01-002-056-03-NA, IN BOOK T AT PAGE 96.

E   152609   B 365  P 1640

LESS AND EXCEPTING THEREFROM ANY PORTION OF LAND CONVEYED IN THAT CERTAIN WARRANTY DEED RECORDED JULY 16, 1985 AS ENTRY NO. 52181 IN BOOK M49 AT PAGE 222, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTION OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, LYING NORTH AND EAST OF HIGHWAY 66.

LESS AND EXCEPTING THEREFROM ANY PORTION OF LAND CONVEYED IN THAT CERTAIN QUIT CLAIM DEED RECORDED JULY 14, 1994 AS ENTRY NO. 66273 IN BOOK M105 AT PAGE 380, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE SOUTHERLY RIGHT-OF-WAY LINE OF UTAH STATE ROAD 66, WHICH POINT IS 505.7 FEET SOUTH AND 51.5 FEET EAST, MORE OR LESS, FROM THE NORTHWEST CORNER OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN AND RUNNING THENCE SOUTHWESTERLY FROM SAID STATE ROAD 66 SIX (6) FEET ON EITHER SIDE OF A CENTER LINE BEGINNING AT SAID POINT OF BEGINNING SEVENTY (70) FEET, MORE OR LESS, ALONG AN EXISTING DIRT ROAD TO THE WESTERN SECTION LINE OF SAID SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

LESS AND EXCEPTING THEREFROM ANY PORTION OF LAND CONVEYED IN THAT CERTAIN QUIT CLAIM DEED RECORDED DECEMBER 07, 2000 AS ENTRY NO. 83778 IN BOOK 164 AT PAGE 212, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL OF LOTS 5, 11, 12, 13, 19 OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, U.S. SURVEY.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

A TRACT OF LAND SITUATE IN THE NORTHWEST QUARTER AND THE SOUTHWEST QUARTER OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, U.S. SURVEY, MORGAN COUNTY, UTAH, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHWEST CORNER OF SECTION 5, AN ORIGINAL STONE; THENCE SOUTH 01°22'57" EAST 1621.94 FEET ALONG THE WEST LINE OF SECTION 5; THENCE NORTH 90°00'00" EAST 976.81 FEET TO A POINT ON THE SOUTHERLY LINE OF STATE HIGHWAY NO. 66 AND A REBAR AND CAP, THE TRUE POINT OF BEGINNING; THENCE 148.61 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66, A CURVE TO THE RIGHT, HAVING A RADIUS OF 1303.34 FEET AND A CHORD BEARING SOUTH 46°14'06" EAST 148.53 FEET; THENCE NORTH 46°57'15" EAST 21.99 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66; THENCE 97.99 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66, CURVE TO THE RIGHT, HAVING A RADIUS OF 1361.78 FEET AND A CHORD BEARING SOUTH 40°58'51" EAST 97.97 FEET; THENCE SOUTH 38°54'45" EAST 193.31 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66; THENCE SOUTH 51°05'15" WEST 27.00 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66; THENCE 186.11 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66, A

E  152609   B 365  P 1641

CURVE TO THE RIGHT, HAVING A RADIUS OF 563.41 FEET AND A CHORD BEARING SOUTH 29°30'35" EAST 185.27 FEET; THENCE SOUTH 20°06'29" EAST 98.36 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66; THENCE 376.63 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66, A CURVE TO THE LEFT, HAVING A RADIUS OF 330.00 FEET AND A CHORD BEARING SOUTH 52°48'15" EAST 356.52 FEET; THENCE SOUTH 77°02'12" EAST 532.48 FEET ALONG SAID SOUTHERLY LINE OF STATE HIGHWAY NO. 66, TO A REBAR AND CAP; THENCE SOUTH 01°22'57" EAST 4375.50 FEET PARALLEL WITH THE WEST LINE OF SECTION 5 TO THE SOUTH LINE OF SECTION 5; THENCE SOUTH 85°58'41" WEST 1456.53 FEET ALONG SAID SOUTH LINE OF SECTION 5; THENCE NORTH 01°22'57" WEST 4996.77 FEET PARALLEL TO THE WEST LINE OF SECTION 5 TO THE PROJECTION OF A FENCE LINE EXTENDING NORTHEASTERLY AND A REBAR AND CAP; THENCE NORTH 32°17'24" EAST 471.65 FEET ALONG SAID FENCE LINE TO A POINT ON THE SOUTHERLY LINE OF STATE HIGHWAY NO. 66, A REBAR AND CAP, AND THE POINT OF BEGINNING.

ALSO LESS ANY PORTIONS LYING NORTH OF COUNTY ROAD.

LESS AND EXCEPTING THEREFROM ANY PORTION OF LAND CONVEYED IN THAT CERTAIN WARRANTY DEED RECORDED DECEMBER 18, 2003 AS ENTRY NO. 94680 IN BOOK 201 AT PAGE 895, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

A TRACT OF LAND SITUATE IN THE NORTHEAST QUARTER AND THE SOUTHEAST QUARTER OF SECTION 5, AND THE WEST HALF OF SECTION 4, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, U.S. SURVEY, MORGAN, UTAH, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 5 AS MONUMENTED BY A REBAR AND ALUMINUM CAP WITH THE ORIGINAL STONE PLACED ALONG SIDE, THENCE SOUTH 01°04'21" EAST 2089.61 FEET ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 5 TO THE SOUTHEAST CORNER OF SAID SECTION AS MONUMENTED BY A REBAR AND ALUMINUM CAP WITH THE ORIGINAL STONE PLACED ALONG SIDE; THENCE SOUTH 86°00'00" WEST 318.41 FEET ALONG THE SOUTH LINE OF SECTION 5 TO A REBAR AND CAP; THENCE NORTH 01°04'21" WEST 2253.38 FEET PARALLEL TO THE EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 5 TO A REBAR AND CAP PLACED AT THE TOE OF A STEEP SLOPE; THENCE NORTH 69°14'06" WEST 62.88 FEET ALONG SAID TOE OF SLOPE TO A REBAR AND CAP; THENCE NORTH 59°53'03" WEST 107.95 FEET ALONG SAID TOE OF SLOPE TO A REBAR AND CAP; THENCE NORTH 58°34'00" WEST 127.57 FEET ALONG SAID TOE OF SLOPE TO A REBAR AND CAP; THENCE NORTH 02°18'03" WEST 89.02 FEET TO THE CENTERLINE OF EAST CANYON CREEK; THENCE NORTH 79°47'37" EAST 74.11 FEET ALONG SAID CENTERLINE OF CREEK; THENCE NORTH 58°04'58" EAST 55.88 FEET ALONG SAID CENTERLINE OF CREEK; THENCE SOUTH 83°28'38" EAST 151.09 FEET ALONG SAID CENTERLINE OF CREEK; THENCE NORTH 55°10'32" EAST 15.84 FEET ALONG SAID CENTERLINE OF CREEK; THENCE NORTH 06°16'49" WEST 161.95 FEET TO A REBAR AND CAP; THENCE NORTH 65°58'52" EAST 124.23 FEET TO A REBAR AND CAP; THENCE NORTH 01°08'10" EAST 95.34 FEET TO A REBAR AND CAP; THENCE SOUTH 86°19'10" EAST 107.42 FEET TO A REBAR AND CAP; THENCE NORTH 15°46'24" EAST 79.11 FEET TO A REBAR AND CAP; THENCE NORTH 01°07'47" WEST 106.50 FEET TO THE SOUTH LINE OF HIGHWAY 66; THENCE SOUTH 86°15'47" EAST 60.22 FEET ALONG SAID SOUTH LINE OF

E  152609   B 365  P 1642

HIGHWAY 66 TO THE SECTION LINE; THENCE SOUTH 01°07'47" EAST 886.84 FEET ALONG SAID SECTION LINE TO THE EAST QUARTER CORNER OF SECTION 5 AND THE POINT OF BEGINNING.
THE BASIS OF BEARING IS A LINE BETWEEN THE EAST QUARTER CORNER OF SECTION 5 AND THE NORTHEAST CLOSING CORNER OF SECTION 5 AS MONUMENTED AND CALLED NORTH 00°03'11" EAST.

LESS: A PARCEL OF LAND LOCATED IN LOTS 10, 15, 16, 17, 18, 23, AND 24 IN SECTION 5 AND LOTS 1, 2, 7, AND 8 IN SECTION 8, BOTH IN TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, MORGAN COUNTY, UTAH, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF SAID SECTION 5 AND THENCE SOUTH 01°37'33" EAST 1,505.80 FEET; THENCE WEST 1,645.18 FEET; THENCE NORTH 01°51'46" WEST 5,011.59 FEET; THENCE NORTH 19°19'16" EAST 20.48 FEET TO THE SOUTH LINE OF STATE ROAD 66; THENCE ALONG SAID LINE THE FOLLOWING EIGHT COURSES: 1) NORTH 19°19'16" EAST 17.00 FEET, 2) SOUTH 74°26'27" EAST 656.16 FEET, 3) SOUTH 71°34'28" EAST 296.09 FEET TO A POINT ON THE ARC OF A 1948.34 FOOT NON-TANGENT CURVE TO THE RIGHT, 4) SOUTHEASTERLY 309.79 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 09°06'36" AND A LONG CHORD OF SOUTH 63°08'47" EAST 309.46 FEET, 5) SOUTH 58°35'29" EAST 150.81 FEET, 6) NORTH 31°24'31" EAST 27.00 FEET TO A POINT ON THE ARC OF A 516.06 FOOT NON-TANGENT CURVE TO THE LEFT, 7) EASTERLY 251.31 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 27°54'06" AND A LONG CHORD OF SOUTH 72°32'32" EAST 248.83 FEET, AND 8) SOUTH 86°29'35" EAST 40.14 FEET; THENCE SOUTH 01°38'16" EAST 124.91 FEET; THENCE SOUTH 15°15'55" WEST 79.11 FEET; THENCE NORTH 86°49'39" WEST 107.42 FEET; THENCE SOUTH 00°37'41" WEST 95.34 FEET; THENCE SOUTH 65°28'23" WEST 124.23 FEET; THENCE SOUTH 06°47'18" EAST 161.95 FEET; THENCE SOUTH 54°40'03" WEST 15.84 FEET; THENCE NORTH 83°59'07" WEST 151.09 FEET; THENCE SOUTH 57°34'29" WEST 55.88 FEET; THENCE SOUTH 79°17'08" WEST 74.11 FEET; THENCE SOUTH 02°48'32" EAST 89.02 FEET; THENCE SOUTH 59°04'29" EAST 127.57 FEET; THENCE SOUTH 60°23'32" EAST 107.95 FEET; THENCE SOUTH 69°44'35" EAST 62.88 FEET; THENCE SOUTH 01°34'50" EAST 2,253.58 FEET TO THE SOUTH LINE OF SAID SECTION 5; THENCE NORTH 85°27'20" EAST 318.42 FEET TO THE POINT OF BEGINNING.

ALSO LESS: A PARCEL OF LAND LOCATED IN LOTS 10, 11, 14, 15, 18, 19, 22, AND 23 IN SECTION 5 AND LOTS 2, 3, 6, AND 7 IN SECTION 8, BOTH IN TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, MORGAN COUNTY, UTAH, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING FROM THE SOUTHEAST CORNER OF SAID SECTION 5 AND THENCE SOUTH 01°37'33" EAST 1,505.80 FEET AND WEST 1,645.18 FEET, WHICH IS THE SOUTHWEST CORNER OF PARCEL 1 (S/N 01-002-056) AS DESCRIBED ABOVE, WHICH IS THE POINT OF BEGINNING;  THENCE WEST 1,306.98 FEET; THENCE NORTH 01°51'49" WEST 5,666.19 FEET TO THE SOUTH LINE OF STATE ROAD 66; THENCE ALONG SAID LINE THE FOLLOWING FOUR COURSES: 1) SOUTH 76°55'47" EAST 164.07 FEET, 2) SOUTH 58°27'46" EAST 648.57 FEET, 3) SOUTH 60°14'19" EAST 275.42 FEET, AND 4) SOUTH 72°22'03" EAST 402.32 FEET; THENCE SOUTH 19°19'16" WEST 20.48 FEET; THENCE SOUTH 01°51'46" EAST 5,011.59 FEET TO THE POINT OF BEGINNING.

E  152609   B 365  P 1643

AND ALSO LESS:

A PARCEL OF LAND LOCATED IN LOTS 4, 5, 12, 13, 20 AND 21 OF SECTION 5, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN, MORGAN COUNTY, UTAH, BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 5 AND THENCE ALONG THE WEST LINE OF SAID SECTION 5, NORTH 02°16'32" WEST 2468.46 FEET TO THE SOUTHWEST CORNER OF LOT 13 OF SAID SECTION 5; THENCE CONTINUING ALONG SAID WEST LINE NORTH 02°16'03" WEST 2698.13 FEET TO THE SOUTHWEST CORNER OF LOT 5 OF SAID SECTION 5; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00°45'15" WEST 1438.28 FEET TO THE SOUTH LINE OF STATE ROAD 66; THENCE ALONG SAID LINE THE FOLLOWING TEN COURSES: 1) SOUTH 44°00'14" EAST 268.30 FEET, 2) SOUTH 45°59'46" WEST 27.00 FEET TO A POINT ON THE ARC OF A 617.04 FOOT NONTANGENT CURVE TO THE RIGHT, 3) SOUTHEASTERLY 295.00 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 27°23'34" AND A LONG CHORD OF SOUTH 30°18'27" EAST 292.20 FEET, 4) SOUTH 16°36'40" EAST 99.46 FEET, 5) NORTH 73°23'20" EAST 27.00 FEET TO A POINT ON THE ARC OF A 583.00 FOOT NON-TANGENT CURVE TO THE LEFT, 6) SOUTHEASTERLY 471.67 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 46°21'15" AND A LONG CHORD OF SOUTH 39°47'17" EAST 458.91 FEET, 7) SOUTH 62°57'55" EAST 134.53 FEET TO A POINT OF TANGENCY OF A 1357.17 FOOT RADIUS CURVE TO THE RIGHT, 8) SOUTHEASTERLY 154.00 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 06°30'05" AND A LONG CHORD OF SOUTH 59°42'52" EAST 153.92 FEET, 9) SOUTH 33°32'10" WEST 22.00 FEET TO A POINT ON THE ARC OF A 1335.17 FOOT NON-TANGENT CURVE TO THE RIGHT AND 10) SOUTHEASTERLY 151.33 FEET ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 06°29'38" AND A LONG CHORD OF SOUTH 53°13'01" EAST 151.25 FEET; THENCE SOUTH 31°48'32" WEST 472.97 FEET; THENCE SOUTH 01°51'49" EAST 4993.77 FEET TO THE SOUTH LINE OF SAID SECTION 5; THENCE ALONG SAID LINE SOUTH 85°32'04" WEST 715.71 FEET TO THE SOUTHWEST CORNER OF SAID SECTION 5, WHICH IS THE POINT OF BEGINNING.

PARCEL 12:
(SERIAL NO. 01-002-087-01 PARCEL NO. 00-0000-2079)

THE EAST HALF OF THE NORTHEAST QUARTER AND THE SOUTHEAST QUARTER OF SECTION 18, TOWNSHIP 2 NORTH, RANGE 3 EAST, SALT LAKE BASE AND MERIDIAN.

PARCEL 13:
A NON-EXCLUSIVE EASEMENT AND RIGHT OF WAY FOR INGRESS AND EGRESS AS SET FORTH IN THAT CERTAIN RIGHT-OF-WAY AND EASEMENT GRANT RECORDED JULY 15, 1994 AS ENTRY NO. 66279 IN BOOK M0105 AT PAGE 398.

PARCEL 14:
A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AS SET FORTH IN THAT CERTAIN QUITCLAIM DEED RECORDED DECEMBER 18, 2017 AS ENTRY NO. 143520 IN BOOK 340 AT PAGE 1403.