UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-cr-478 (ER) |
| TREVOR MILTON, | : |
| Defendant. | : |

**NOTICE OF CHANGE OF ADDRESS**

To:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, please take notice of the following attorney information changes for:

Kenneth A. Caruso

I am an attorney duly admitted to practice before the United States District Court for the Southern District of New York, and currently have cases pending before the Court. Please note the change of firm and address below.

| | |
|---|---|
| OLD FIRM NAME: | MUKASEY FRENCHMAN LLP |
| Old Firm Address: | 570 Lexington Avenue, Suite 3500 |
| | New York, New York 10022 |
| Old Email Address: | ken.caruso@mfsllp.com |
| | |
| NEW FIRM NAME: | KennethCarusoLaw |
| New Firm Address: | 15 West 72nd Street |
| | New York, New York 10023 |
| New Email Address: | ken.caruso@kennethcarusolaw.com |

Dated: December 29, 2023                                     /s/ Kenneth A. Caruso
                                                                                Kenneth A. Caruso