UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    -*against*-<br><br>TREVOR MILTON,<br><br>         Defendant. | **ORDER**<br><br>21-cr-478 (ER) |

RAMOS, D.J.:

  Defendant Trevor Milton was sentenced on December 18, 2023. The government filed a proposed preliminary order of forfeiture the next day. Doc. 319. On December 28, 2023, Milton filed a letter detailing his objections to the government's preliminary order of forfeiture. Doc. 320. Judgment was entered on January 17, 2024. Doc. 327. Milton filed a notice of appeal on January 30, 2024. Doc. 331.

  By February 7, 2024, the parties are directed to advise the Court as to their position on what effect, if any, the filing of Milton's notice of appeal has on this Court's jurisdiction to resolve his outstanding objections to the preliminary order of forfeiture.

  SO ORDERED.

Dated: January 31, 2024
     New York, New York

                          Edgardo Ramos, U.S.D.J.