**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Trevor Milton*, S1 21 Cr. 478 (ER)

Dear Judge Ramos:

    The Government writes regarding restitution in this case. As part of the defendant's sentencing, the Court ordered the imposition of restitution, but left open the amount of restitution to be paid pending receipt of further information from the parties. The parties have been making progress negotiating a resolution of the outstanding issues relating to restitution, but require additional time in light of the complexity of the issues involved. While 18 U.S.C. § 3664(d)(5) provides for a period of 90 days after sentencing for the Court to order restitution, that provision does not limit the power of the Court to order restitution after the expiration of that period, particularly where additional time is required to administer restitution effectively. *See Dolan v. United States*, 560 U.S. 605, 610-11 (2010). Accordingly, the Government respectfully requests, with the defendant's consent, an additional 90 days to submit a proposed order of restitution to the Court, or if necessary to seek Court intervention in any open issues that cannot be resolved.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/
    Matthew Podolsky
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-1947/2421

cc: Counsel of Record (by ECF)