UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>TREVOR MILTON,<br><br>    *Defendant*. | No. 21-cr-478 (ER)<br><br>**NOTICE OF DEFENDANT'S MOTION FOR A NEW TRIAL ON COUNT FOUR** |

Defendant Trevor Milton, through counsel and for the reasons stated in the accompanying Memorandum of Law, respectfully moves pursuant to Federal Rule of Criminal Procedure 33 for an order granting Defendant a new trial on Count Four.

Dated: November 11, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ Alexandra A.E. Shapiro
　　　　　　　　　　　　　　　　　　　Alexandra A.E. Shapiro
　　　　　　　　　　　　　　　　　　　Daniel J. O'Neill
　　　　　　　　　　　　　　　　　　　Avery D. Medjuck
　　　　　　　　　　　　　　　　　　　SHAPIRO ARATO BACH LLP
　　　　　　　　　　　　　　　　　　　1140 Avenue of the Americas, 17th Fl.
　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　(212) 257-4880
　　　　　　　　　　　　　　　　　　　ashapiro@shapiroarato.com
　　　　　　　　　　　　　　　　　　　doneill@shapiroarato.com
　　　　　　　　　　　　　　　　　　　amedjuck@shapiroarato.com