# Exhibit B

# (FILING UNDER SEAL REQUESTED)