# Exhibit D

**To:** frank.celeste@sothebysrealty.com[frank.celeste@sothebysrealty.com]
**From:** Peter Hicks[hicksmgt@aol.com]
**Sent:** Tue 9/8/2020 11:52:37 AM (UTC)
**Subject:** 1031

Frank
Realized over the weekend that I need to target this friday as day to get deal done. Hope you can give me something to focus on no later than tomorrow or wednesday.

Nikola just did deal with GM so good news.  All fools gold until I can exercise options in december, but on paper I made $6.7m in 15 minutes!  Probably goes away tomorrow........

Peter

**EXHIBIT**

72