# Exhibit E

**To:**     lucas.r.hicks@gmail.com[lucas.r.hicks@gmail.com]
**From:**   Peter Hicks[hicksmgt@aol.com]
**Sent:**    Sat 9/12/2020 7:03:49 PM (UTC)
**Subject:** Nikola...opportunity not financial blow

Trevor's problems need not be a financial blow for me but a benefit
One of the last things he wants the public or the short accuser additionally knowing in this Nikola-under-investigation climate  is that

1.  he optioned to me the spac stock at all,
2. Let alone before he owned it
3.  At a time when he represented that he did own it
4.  At a price dramatically below market
5. with an exercise date in violation of the lockup
6.   without ever (to this day) disclosing any of it

 Nor that he did much of the same with others and that he directly  misrepresented to me the bona fides of the company in numerous conversations.

His credibility and that of the company cannot take more blows and/or the stock will dive further.

Two remedies come to mind:

1.  He buy out my options right now for the value of the stock pre-fraud announcements (that money goes straight into the 1031) or
2.  He gives me part money and part stock options (presumably at $1/ share) but that seems problematic because he cannot be seen as giving an option below current market.

I would strongly prefer to take the money (he got $70m upon merger so he likely has the bucks and we know he offered $20m cash to another seller). Lucas can tell me what the stock closed for the day before the fraud accusations and that will be our request (value of stock less the $8.5m cash we have already received).  I am guessing that amount will be upwards of $13m.

If (which I doubt)  a resolution leaves me with any stock options, then I will insist on the ability to make partial exercises (not one only) over a longer period than 1 month (maybe 2.5 months).  The stock option alternative is easy for him because it is done with a simple amendment to the option agreement.

While under press/SEC/public assault, he may move quickly/impetuously to solve the problem.  If he does not agree, we have alternatives he will not like. We should line up before others who signed similar deals (but have not yet closed) figure this out. I am guessing that the prudent thing for him to do is to walk away from those deals (if he has not closed). He thus avoids any misrepresentation/damages claims by these sellers.

Let's discuss.


Allegations:  https://hindenburgresearch.com/nikola/

Exhibit

22

20th Mar 2024

**To:**      Peter Hicks[hicksmgt@aol.com]
**From:**    Lucas Hicks[lucas.r.hicks@gmail.com]
**Sent:**    Sat 9/12/2020 9:31:23 PM (UTC)
**Subject:** Re: Nikola...opportunity not financial blow

Also #2, ie him changing option price to $1 definitely isn't possible.

On Sat, Sep 12, 2020 at 5:30 PM Lucas Hicks <lucas.r.hicks@gmail.com> wrote:

> add point about not being able to sell stock in december, let alone at below market price, so he himself should be significantly incentivized to buy out this option
>
> then again, he could call our bluff and wait to see if the option is in the money at any point during the exercise period, and if the option is not in the money, he doesn't have to worry about this.

**To:**      Peter Hicks[hicksmgt@aol.com]
**From:**    Lucas Hicks[lucas.r.hicks@gmail.com]
**Sent:**    Sat 9/12/2020 9:30:40 PM (UTC)
**Subject:** Re: Nikola...opportunity not financial blow

add point about not being able to sell stock in december, let alone at below market price, so he himself should be significantly incentivized to buy out this option

then again, he could call our bluff and wait to see if the option is in the money at any point during the exercise period, and if the option is not in the money, he doesn't have to worry about this.

**To:** Peter Hicks[hicksmgt@aol.com]
**From:** Lucas Hicks[lucas.r.hicks@gmail.com]
**Sent:** Fri 9/11/2020 6:36:44 PM (UTC)

https://hindenburgresearch.com/nikola/