# Exhibit F

**To:**     lucas.r.hicks@gmail.com[lucas.r.hicks@gmail.com]
**From:**   Peter Hicks[hicksmgt@aol.com]
**Sent:**    Thur 12/31/2020 1:08:53 PM (UTC)
**Subject:** Re: Trevor

OK..Still might be an important offer to make to undercut argument that I had a chance to mitigate damages and I did not do so.  Why couldn't he go to market and sell them at full price?    Or could I take conveyance of all 515,095 at 50% of value with an agreement that I would split profits 50/50 on immediate re-sale?
On different note, remember all that time leading up to this when we said we would consider exercising if the stock went above $20? 25% discount now produces the same or better net. Not advocating, just saying....


-----Original Message-----
From: Lucas Hicks <lucas.r.hicks@gmail.com>
To: Peter Hicks <hicksmgt@aol.com>
Sent: Thu, Dec 31, 2020 7:56 am
Subject: Re: Trevor

Selling shares. Only reason he'd give you the discount in the first place Is to offload shares

On Thu, Dec 31, 2020 at 4:55 AM Peter Hicks <hicksmgt@aol.com> wrote:


What other than cash in his pocket?




-----Original Message-----

From: Lucas Hicks <lucas.r.hicks@gmail.com>

To: Peter Hicks <hicksmgt@aol.com>

Sent: Thu, Dec 31, 2020 7:52 am

Subject: Re: Trevor



Doesn't accomplish any of trevors goals

Exhibit

30

20th Mar 2024

On Thu, Dec 31, 2020 at 4:20 AM Peter Hicks <hicksmgt@aol.com> wrote:

Simple solution that none of my high paid attorneys nor my professional stock advisors thought of:

Trevor conveys to me 1/4 of the option stock at no cost to me

This checks all the boxes:

Trevor gives up only the same value he already offered

He does that with stock and not cash

It occurs timely for him for his filing

I get the same value offered but without any risk to my own capital

It neutralizes any later claim that I was offered an opportunity to reduce damages and failed to do so

If he needs it to be done in an option form (I don't know why he would need to) then it would be an option on the stock for $1.  I would think he would prefer just to convey the stock so that the  valued received is unidentifiable given it is buried as part of the ranch purchase price... where an option would look more like a low stock price which would not look good for him (even though value was received in the form of the conveyance of the ranch)