# Exhibit G

**Organizer:** Matthew L. Anderson **:** manderson@fabianvancott.com

**Subject:** Hicks Milton Securities Fraud Litigation

**Location:** Dial in #: 801.574.2623;  access code: 167.

**Start Time:** 2021-01-12T16:00:00-07:00

**End Time:** 2021-01-12T16:30:00-07:00

**Attendees:** Scott Lilja **:** slilja@fabianvancott.com**,** Peter Hicks **:** hicksmgt@aol.com**,** crobertson@seyfarth.com**,** crobertson@seyfarth.com

**EXHIBIT**

**97**

tabbies'