# Exhibit H

**To:** tspent@gmail.com[tspent@gmail.com]
**Bcc:** crobertson@seyfarth.com[crobertson@seyfarth.com]; jhusman@seyfarth.com[jhusman@seyfarth.com]; lucas.r.hicks@gmail.com[lucas.r.hicks@gmail.com]
**From:** Peter Hicks[hicksmgt@aol.com]
**Sent:** Mon 11/23/2020 1:24:54 AM (UTC)
**Subject:** Re: Hicks
WCR amendment to Option Agreement HLLC.pdf

Trevor

When we talked on Thursday, it sounded like you were understandably refreshing your memory re the Option Agreement for the first time in a long while.  While you do so, you might also dig out the amendment as well as its references (see attached).  There you will find that my option strike price is actually still in the money at $16.50 (and total shares are 515,095).  Although I appreciate the offer of 10% discount,  you presumably would conclude after further recollection that it would not apply here given present market share prices.

The money from the stock options is allocated to close an apartment deal back east...not nearly as exciting as great Utah ranch land, but nonetheless, a good investment.

Did you figure out the section 16 matter?

Thanks

Peter


-----Original Message-----
From: Trevor Milton <tspent@gmail.com>
To: Peter Hicks <hicksmgt@aol.com>
Sent: Thu, Nov 19, 2020 3:13 pm
Subject: Re: Hicks

Peter,
It would have to be all at once as I have filings.

It also has to be after December 1st as that's the day of the lockup. I believe I have a section 16 issue that may require December 3rd but let me check.

I'll be back shortly.

Trevor

On Thu, Nov 19, 2020, 1:10 PM Peter Hicks <hicksmgt@aol.com> wrote:

Trevor
Congratulations on the recent stock rise. I am sure that you saw this happening all along.

Turning toward December and the options, I have two questions:

1)  would it be OK if I exercised in several pieces rather than all at once? In a 1031 setting , several stages work much smoother.

2)  would it also be OK if I could exercise as early as November 27, 2020 (which would translate to a Dec 1 conveyance)  and as late as January 15, 2021? With all the holidays, days off and Covid issues this coming Christmas season, a bit  more time would be greatly appreciated, if at all possible.

Still look forward to the ranch tour when I start traveling again.

 Thanks Trevor.

Peter



**EXHIBIT**

tabbies®

81