# Exhibit I

**To:**       tspent@gmail.com[tspent@gmail.com]
**Bcc:**     crobertson@seyfarth.com[crobertson@seyfarth.com]; lucas.r.hicks@gmail.com[lucas.r.hicks@gmail.com]
**From:**   Peter Hicks[hicksmgt@aol.com]
**Sent:**    Tue 12/29/2020 3:28:18 PM (UTC)
**Subject:** Hicks Options

Trevor:

I am reaching out with regard to the options to inquire whether we could agree to extend the exercise period for a few weeks to the end of January 2021.  As you know, the stock has not performed as was anticipated and discussed in our meetings.  Before we decide on other courses of action, we thought that extending the option exercise period to provide an opportunity for the stock to recover made sense.  Please let me know as soon as practicable.

Thanks

Peter



EXHIBIT

94