# Exhibit J

**To:**    Peter Hicks[hicksmgt@aol.com]
**From:**  rorhorho28@aol.com[rorhorho28@aol.com]
**Sent:**   Fri 2/26/2021 3:46:20 PM (UTC)
**Subject:** CNBC: Nikola admits ousted chairman misled investors as legal costs mount

**Nikola admits ousted chairman misled investors as legal costs mount**
The fees are part of an increased legal expenses of $27.5 million primarily related to regulatory/legal matters in connection to fraud claims by a short-seller.

Read in CNBC: https://apple.news/AWD5KRnknSH6O95qCACNksw

Shared from Apple News


Sent from my iPhone