

**MEMO ENDORSED**

November 11, 2024

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Trevor Milton*, 21-cr-478 (ER)

Dear Judge Ramos,

    Along with our co-counsel, we represent Defendant Trevor Milton in this matter. We write to respectfully request leave to file under seal Exhibit B to the Declaration of Curtis M. Tuttle in support of Defendant's Motion for a New Trial on Count Four, as well as the unredacted version of Defendant's Memorandum of Law in support of the Motion.

    Exhibit B to the Tuttle Declaration (the "Exhibit") consists of a set of text messages produced by Lucas Hicks in a civil action currently pending in the District of Utah under the caption *Hicks v. Milton*, No. 2:22-cv-00166-HCN (D. Utah). We are informed that Lucas Hicks designated this document as "Confidential Information" pursuant to the Standard Protective Order for the United States District Court for the District of Utah. Defendant's Memorandum of Law excerpts portions of the Exhibit.

    Defendant does not believe that sealing is warranted because the Exhibit does not contain trade secrets, sensitive personal information, or other proprietary information that could justify confidential treatment, much less sealing. Nonetheless, in an abundance of caution in light of the confidential designation, Defendant requests that the Exhibit and the unredacted version of his Memorandum of Law be filed under seal at this time.

    We will deliver to Chambers and to counsel for the government, via email, a copy of the Exhibit, an unredacted copy of the Memorandum, and a copy of the Memorandum highlighting the information that has been redacted in the ECF filing.

Respectfully submitted,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro

---

The Government is directed to file any response to Milton's request for leave to file Exhibit B and his memorandum of law in support of the motion for a new trial under seal by November 15, 2024.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 14, 2024
New York, New York