UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

TREVOR MILTON,

                Defendant.

**ORDER**

21-cr-00478 (ER)

RAMOS, D.J.:

    On November 11, 2024, Milton filed a motion for a new trial on Count Four. Doc. 344. The Government is directed to respond by **December 12, 2024**, and Milton is directed to reply by **December 19, 2024**.

It is SO ORDERED.

Dated:    November 14, 2024
              New York, New York

                                                EDGARDO RAMOS, U.S.D.J.