

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

December 4, 2024

VIA ECF

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    *United States v. Trevor Milton*, 21-cr-478 (ER)

Dear Judge Ramos,

      Defendant Trevor Milton writes to respectfully request a five-day extension, from December 19, 2024 to December 24, 2024, to file his reply on Milton's Motion for a New Trial on Count Four (Dkt. 344).

      The government's opposition to the Motion is currently due on December 12, and Milton's reply is currently due on December 19. *See* Dkt. 350. This is Milton's first request of an extension of time in connection with his Motion.

      Milton requests this extension because both the undersigned and the other attorney primarily responsible for the Motion will be traveling outside of the continental United States during the week of December 19, when the reply is currently due. The government does not object to the requested extension of time.

Respectfully submitted,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro

---

The application for an extension of time, from December 19, 2024 to December 24, 2024, for Milton to file his reply is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 12/6/2024
New York, New York