**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-five.

United States of America,

    Appellee,

v.

Trevor Milton,

    Defendant - Appellant.

**ORDER**

Docket No. 24-259

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 10, 2025

Appellant moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. George Mersho and Vincent Chau's motion for leave to file an amicus brief (docket entry 56) is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/10/2025